**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

7 IL PROPERTIES, LLC,

               Plaintiff(s),

vs.

GARY KNIGHT,

               Defendant(s).

CIVIL ACTION FILE

NO.  2:21-CV-226-RWS

**J U D G M E N T**

This action having come before the Court for a trial by jury, the Honorable Richard W. Story presiding, the issues having been tried and the jury having rendered its verdict in favor of Plaintiff, it is

**Ordered and Adjudged** that judgment is hereby entered in favor of Plaintiff 7 IL Properties, LLC and against Defendant Gary Knight for the sum of $306,843.58, plus attorney fees and ordering Defendant to close the sale of the River Heights and Fish Trap properties to Plaintiff in not less than 105 days from the entry of this Judgment.

Dated at Gainesville, Georgia, this 4th day of December, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/ D. McGoldrick
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 4, 2024
Kevin P. Weimer
Clerk of Court

By:  s/ D. McGoldrick
        Deputy Clerk