# Pugh Home Inspections

1944 Old Loving Road
Morganton, GA 30560
(706) 455-2832
tpughhomeinspect@gmail.com
Inspected By: Titus Pugh



# Home Inspection Report

Prepared For:

## John Thatcher

Property Address:

## 253 River Heights
## Blue Ridge, GA 30513

Inspected on Mon, Mar 22 2021 at 1:30 PM

Knight 000184

# Table of Contents

General                                                    4
Site                                                       5
Exterior                                                  12
Roofing                                                   23
Structure                                                38
Electrical                                               40
HVAC                                                     48
Plumbing                                                 59
Bathrooms                                                65
Kitchen                                                  78
Laundry                                                  82
Interior                                                 84
Report Summary                                           91

Knight 000185

Thank you for the opportunity to conduct a home inspection of the property listed above. We understand that the function of this report is to assist you in understanding the condition of the property to assist in making an informed purchase decision.

The report contains a review of components in the following basic categories: site, exterior, roofing, structure, electrical, HVAC, plumbing, and interior. Additional categories may or may not be included. The report is designed to be easy to read and comprehend however it is important to read the entire report to obtain a full understanding of the scope, limitations and exclusions of the inspection.

In addition to the checklist items of the report there are several comments which are meant to help you further understand certain conditions observed. These are easy to find by looking for their icons along the left side margin. Comments with the blue icon are primarily informational and comments with the orange icon are also displayed on the summary. Please read them all.

DEFINITION OF CONDITION TERMS
Satisfactory: At the time of inspection the component is functional without observed signs of a substantial defect.

Marginal: At the time of inspection the component is functioning but is estimated to be nearing end of useful life. Operational maintenance recommended. Replacement anticipated.

Repair or Replace: At the time of inspection the component does not function as intended or presents a Safety Hazard. Repair or replacement is recommended.

Further Evaluation: The component requires further technical or invasive evaluation by qualified professional tradesman or service technician to determine the nature of any potential defect, the corrective action and any associated cost.

Knight 000186

# General

| | |
|---|---|
| Property Type: | Single Family |
| Stories: | Two |
| Approximate Age: | 12 Yrs |
| Age Based On: | Sellers Disclosure, Electrical Inspection |
| Bedrooms/Baths: | 5/6 |
| Door Faces: | Southeast |
| Furnished: | Yes |
| Occupied: | No |
| Weather: | Sunny |
| Temperature: | Warm |
| Soil Condition: | Damp |
| Utilities On During Inspection: | Electric Service, Gas Service, Water Service |



Comment 1:
THIS REPORT IS A GENERAL INSPECTION AND ITS PURPOSE IS TO IDENTIFY MAJOR DEFICIENCIES IN THE CONDITION OF SYSTEMS, COMPONENTS, AND ITEMS. THE INSPECTION IS NOT INTENDED TO BE AN ENGINEERING EVALUATION OR TECHNICALLY EXHAUSTIVE, NOR IS IT CONSIDERED TO BE A GUARANTEE OR WARRANTY, EXPRESSED OR IMPLIED, REGARDING THE CONDITIONS OF THE PROPERTY, ITEMS AND SYSTEMS INSPECTED. THE INSPECTION IS LIMITED ONLY TO VISIBLE AND ACCESSIBLE AREAS. LATENT AND CONCEALED DEFECTS OR DEFICIENCIES ARE EXCLUDED FROM INSPECTION, AND EQUIPMENT AND SYSTEMS WILL NOT BE DISMANTLED. HOME GENERATORS ARE NOT PART OF THE INSPECTION. THE INSPECTION AND REPORT IS NOT A CONFORMANCE OR COMPLIANCE INSPECTION FOR GOVERNMENTAL CODES OR REGULATIONS OF ANY KIND. THE INSPECTION AND REPORT DO NOT ADDRESS THE POSSIBLE PRESENCE OF OR DANGER FROM ASBESTOS, RADON, GAS, LEAD PAINT, CHINESE DRY WALL, UREA FORMALDEHYDE, SOIL CONTAMINATION, UNDERGROUND OIL TANKS, TOXIC OR FLAMMABLE CHEMICALS, AND ALL OTHER POTENTIALLY HARMFUL SUBSTANCES OR CONDITIONS. THE CLIENT IS URGED TO CONTACT A COMPETENT SPECIALIST IF INFORMATION, IDENTIFICATION, OR TESTING OF THE ABOVE IS DESIRED. THE INSPECTION AND REPORT ARE PREPARED FOR THE SOLE, CONFIDENTIAL, AND EXCLUSIVE USE AND POSSESSION OF THE CLIENT ONLY. NEITHER THE REPORT, THE CONTENTS OF THIS REPORT, NOR ANY REPRESENTATION MADE HEREIN ARE ASSIGNABLE OR TRANSFERABLE

 Knight 000187

(General continued)

WITHOUT THE EXPRESSED WRITTEN PERMISSION OF PUGH HOME INSPECTIONS.

# Site

The condition of the vegetation, grading, surface drainage and retaining walls that are likely to adversely affect the building is inspected visually as well as adjacent walkways, patios and driveways.

Site Grading: Sloped Away From Structure, Sloped Toward Structure
Condition: Marginal

 Comment 2:
The ground should slope away from the structure 6 inches in 10 feet at a minimum.


Figure 2-1


Figure 2-2

Vegetation: Generally Maintained
Condition: Satisfactory

     Knight 000188

(Site continued)

Retaining Walls:               Concrete
                               Condition: Marginal






Knight 000189

(Site continued)

 Comment 3:
Crack in the retaining wall.


Figure 3-1


Figure 3-2

Driveway:                              Concrete, Gravel
                                       Condition: Marginal

 Comment 4:
Cracks and holes in the driveway should be sealed to prevent moisture intrusion underneath the driveway.

Knight 000190

(Site continued)


Figure 4-1


Figure 4-2


Figure 4-3

Knight 000191

(Site continued)

 Comment 5:
Obvious signs of erosion underneath the lower driveway drain. Consult a licensed contractor.


Figure 5-1


Figure 5-2

Walkways:                          Concrete , Gravel
                                   Condition: Satisfactory

Steps/Stoops:                      Wood
                                   Condition: Satisfactory



(Site continued)

Patios/Decks: Wood
Condition: Marginal







Knight 000193

(Site continued)



 Comment 6:
Bolts need to be added on porches and decks every 4 feet against the house. This is a safety issue. Main level only. Basement level has bolts. Main level has log screws which are not sufficient. Consult a licensed contractor. 1/2 bolts needed.



Figure 6-1

Knight 000194

(Site continued)


Comment 7:
Bolts and joist hangers are present.


Figure 7-1


Figure 7-2

# Exterior

The visible condition of exterior coverings, trim and entrances are inspected with respect to their effect on the condition of the building.

Exterior Covering:                    Lap Wood
                                      Condition: Repair or Replace


Comment 8:
Moisture intrusion and wood rot at the very front of the prowl at the deck level. Consult a licensed contractor.

(Exterior continued)


Figure 8-1


Figure 8-2


Figure 8-3

Knight 000196

(Exterior continued)

 Comment 9:
Ventilator duct missing extraction kit. Back right dormer.



Figure 9-1

Exterior Trim Material:                     Wood
                                            Condition: Marginal

 Comment 10:
Evidence of moisture intrusion and wood rot at the base of basement corner trim.

Knight 000197

(Exterior continued)



Figure 10-1

Windows:                                    Wood
                                            Condition: Repair or Replace

 Comment 11:
Evidence of moisture intrusion and wood rot. Fixed glass trim on prowl front.
Consult a licensed contractor.



Figure 11-1



Figure 11-2

(Exterior continued)

Entry Doors:                           Wood
                                       Condition: Satisfactory

Railings:                              Wood, Metal
                                       Condition: Repair or Replace

 Comment 12:
No railing that meets code on the top of the retaining walls. This is a safety hazard. Consult a licensed contractor.



Figure 12-1



Figure 12-2



Figure 12-3

          Knight 000199

(Exterior continued)

 Comment 13:
Max spacing on railing is 4 inches between. This is a safety hazard. Consult a licensed contractor.



Figure 13-1

 Comment 14:
Railing in front of the hot tub is loose.



Figure 14-1

Knight 000200

(Exterior continued)

 Comment 15:



Figure 15-1



Figure 15-2



Figure 15-3



Figure 15-4

Knight 000201

(Exterior continued)



Figure 15-5



Figure 15-6



Figure 15-7



Figure 15-8

Knight 000202

(Exterior continued)



Figure 15-9



Figure 15-10



Figure 15-11



Figure 15-12

Knight 000203

(Exterior continued)



Figure 15-13



Figure 15-14



Figure 15-15



Figure 15-16

Knight 000204

(Exterior continued)



Figure 15-17



Figure 15-18



Figure 15-19



Figure 15-20

Knight 000205

(Exterior continued)



Figure 15-21

# Roofing

The visible condition of the roof covering, flashings, skylights, chimneys and roof penetrations are inspected. The purpose of the inspection is to determine general condition, NOT to determine life expectancy.

Inspection Method:                  Walked Roof/Arms Length
Roof Design:                           Gable
Roof Covering:                   Architectural shingles
Condition: Marginal

 Comment 16:
Toe board should be removed from the roof to prevent moisture intrusion. Consult a licensed contractor.

Knight 000206

(Roofing continued)



Figure 16-1

Approximate Roof Age:         14 Yrs
Ventilation Present:         Ridge Vents
         Condition: Satisfactory



Vent Stacks:         Plastic
         Condition: Repair or Replace

Knight 000207

(Roofing continued)

 Comment 17:
Plastic / rubber vent stack boots are only good for 10 years. These need to be replaced.



Figure 17-1

Chimney :
Wood Frame
Condition: Repair or Replace

 

Knight 000208

(Roofing continued)



 Comment 18:
I cannot inspect behind the rock work. Exposed framed chimney's covered in masonry are prone to moisture intrusion and damage over time.

 Comment 19:
Rocks are falling off the chimney which is evidence of possible moisture intrusion into the wood structure behind the rock.

Knight 000209

(Roofing continued)



Figure 19-1



Figure 19-2



Figure 19-3



Figure 19-4

Knight 000210

(Roofing continued)



Figure 19-5

 Comment 20:
This valley directs water directly into the side of the chimney.



Figure 20-1

Knight 000211

(Roofing continued)

 Comment 21:
I can visually inspect the OSB in one area. It's not sealed and is obviously damaged from moisture intrusion.



Figure 21-1

Flashings:                           Metal, Tar/Caulk, Asphalt
                                     Condition: Marginal

Soffit and Fascia:                   Wood
                                     Condition: Repair or Replace

 Comment 22:
Facia board is rotten in several places where they contact the roof especially. Consult a licensed contractor.

(Roofing continued)



Figure 22-1

Gutters & Downspouts:        Metal
                              Condition: Marginal

 Comment 23:
Gutters and screens need to be cleaned to prevent moisture intrusion into roof structure and the house, and foundation.



Figure 23-1



Figure 23-2

(Roofing continued)

 **Comment 24:**
All downspouts should be diverted with adapters and pipe away from the structure to prevent moisture intrusion into the structure or washing out post piers / foundation. Consult a licensed contractor.



Figure 24-1

          Knight 000214

(Roofing continued)

 Comment 25:



Figure 25-1



Figure 25-2



Figure 25-3



Figure 25-4

Knight 000215

(Roofing continued)



Figure 25-5



Figure 25-6



Figure 25-7



Figure 25-8

Knight 000216

(Roofing continued)



Figure 25-9



Figure 25-10



Figure 25-11



Figure 25-12

Knight 000217

(Roofing continued)



Figure 25-13



Figure 25-14



Figure 25-15



Figure 25-16

Knight 000218

(Roofing continued)



Figure 25-17



Figure 25-18



Figure 25-19



Figure 25-20

Knight 000219

(Roofing continued)



Figure 25-21



Figure 25-22



Figure 25-23



Figure 25-24

Knight 000220

# Structure

> The visible condition of the structural components is inspected. The determination of adequacy of structural components is beyond the scope of a home inspection.

Foundation Types:                    Basement
Foundation Material:                 Poured Concrete
                                     Condition: Further Evaluation Required

 Comment 26:
I could not inspect all of the basement walls due to the basement being finished.

 Comment 27:
Crack present in the mechanical room in the basement. I don't believe there will be any further issues with this crack.



Figure 27-1

Signs of Water Penetration:          None at the time of inspection
                                     Condition: Satisfactory

(Structure continued)

Floor Structure:                        Concrete Slab, Truss
                                        Condition: Further Evaluation Required

 

   Comment 28:
       I couldn't inspect the floor system because of the finished basement.

Subflooring:                            Oriented Strand Board
                                        Condition: Further Evaluation Required

(Structure continued)

 Comment 29:
Erosion taking place underneath the hot tub area. Consult a licensed contractor.



Figure 29-1



Figure 29-2

# Attic

| | |
|---|---|
| Attic Entry: | Not Present |
| Roof Framing Type: | Joist and Rafters |
| | Condition: Satisfactory |
| Vent Risers: | PVC |
| | Condition: Satisfactory |

# Electrical

The inspector can not inspect hidden wiring or verify if the number of outlets is per the National Electric Code. A representative number of outlets, switches and fixtures are tested for operation.

Type of Service:                    Underground

Knight 000223

(Electrical continued)

Main Disconnect Location:        Meter box and service panel






Service Panel Location:          Basement

(Electrical continued)

Service Panel Manufacturer:       Cutler Hammer
Condition: Satisfactory

 

 

     Knight 000225

(Electrical continued)




Service Line Material:                  Aluminum
                                        Condition: Satisfactory



Service Voltage:                        240 volts
Service Amperage:                       200 amps
Service Panel Ground:                   Unknown Not Visable
Branch Circuit Wiring:                  Non-Metallic Shielded Copper, Stranded Copper
                                        Condition: Satisfactory

Overcurrent Protection:                 Breakers
                                        Condition: Satisfactory

Knight 000226

(Electrical continued)

GFCI/AFCI Breakers:     Yes
                        Condition: Satisfactory



Smoke Detectors:        Hard Wired Interconnected
                        Condition: Repair or Replace

 Comment 30:
Smoke detectors are only good for 10 years. These need to be replaced. There also should be one installed in every bedroom.



Figure 30-1

          Knight 000227

(Electrical continued)



Comment 31:
Outlets at the basement level aren't GFCI protected. Consult a licensed electrician.



Figure 31-1



Figure 31-2



Figure 31-3

Knight 000228

(Electrical continued)



Comment 32:
Outlets beside the front door is not GFCI protected. Consult a licensed electrician.



Figure 32-1



Figure 32-2



Figure 32-3

Knight 000229

(Electrical continued)

---

 Comment 33:

Loose wiring on the ground in front of the hot tub. Consult a licensed electrician.



Figure 33-1

---

 Comment 34:

The picture of the meter contains the meter number that you will need to switch the power over in your name.



Figure 34-1

Knight 000230

# HVAC

| | |
|---|---|
| HVAC System Type: | Central Split System |
| Thermostat: | Digital |
| | Condition: Satisfactory |



| | |
|---|---|
| Thermostat Location: | Living Room |

# Heating

The heating system is inspected visually and operated by normal controls to determine general condition NOT life expectancy. The capacity or adequacy of the heating system is beyond the scope of a home inspection. A licensed HVAC contractor should be consulted if in question.

| | |
|---|---|
| Location: | Basement |
| Type of Equipment: | Forced Air |
| | Condition: Satisfactory |
| Manufacturer: | Carrier |
| Heating Fuel: | Electric |
| | Condition: Satisfactory |
| Approximate Age: | 14 Yrs |

Knight 000231

(Heating continued)

Filter Type:                          Washable
                                     Condition: Repair or Replace



⚠ Comment 35:
Filter needs replaced underneath the main level thermostat.


Figure 35-1


Figure 35-2

(Heating continued)



Comment 36:

Filter needs replaced in 2 nd level  bedrooms. Wrong size filter installed. The right size should be a 12x12.



Figure 36-1



Figure 36-2



Figure 36-3

Output Temperature:                    133

Knight 000233

(Heating continued)

 Comment 37:



Figure 37-1

Type of Distribution:                    Metal Ducting, Flexible Ducting
                                         Condition: Satisfactory

---

 Comment 38:



Figure 38-1



Figure 38-2

Knight 000234

(Heating continued)

> Furnaces over 10 years old should be checked, cleaned and serviced yearly by a licensed contractor.

# Heating #2

> The heating system is inspected visually and operated by normal controls to determine general condition NOT life expectancy. The capacity or adequacy of the heating system is beyond the scope of a home inspection. A licensed HVAC contractor should be consulted if in question.

Location:                           Basement
Type of Equipment:                  Forced Air
                                    Condition: Repair or Replace
Manufacturer:                       Carrier
Heating Fuel:                       Electric
                                    Condition: Further Evaluation Required
Approximate Age:                    14 Yrs
Filter Type:                        Disposable
                                    Condition: Repair or Replace

 Comment 39:
Filter needs replaced at the basement underneath the thermostat. Also the grill is bent.



Figure 39-1



Figure 39-2

(Heating #2 continued)

Output Temperature: 77

 Comment 40:
Output temperature should obviously be much higher. Consult a licensed HVAC technician.



Figure 40-1

Type of Distribution: Metal Ducting, Flexible Ducting
Condition: Satisfactory

Knight 000236

(Heating #2 continued)

---

 Comment 41:



Figure 41-1



Figure 41-2

> Furnaces over 10 years old should be checked, cleaned and serviced yearly by a licensed contractor.

# Cooling

> The cooling system is inspected by operation of the equipment by normal controls to determine general condition NOT life expectancy. The capacity or adequacy of cooling system is beyond the scope of a home inspection. A licensed HVAC contractor should be consulted if in question.

Energy Source:               Electric
Type of Equipment:           Split System
                             Condition: Further Evaluation Required

 Comment 42:
I couldn't turn the A/C on due to the outside temperature. It could damage the unit.

Condenser Make:              Carrier
Condensor Size:              36,000 BTU (3 Tons)
Condenser Approximate Age:   13 Yrs

Knight 000237

(Cooling continued)

Condesate Drainage:  Condensate Pump
Condition: Satisfactory



Comment 43:



Figure 43-1

 Knight 000238

(Cooling continued)

---

 Comment 44:
Blank inspection plate.



Figure 44-1

---

 Comment 45:

Debris and vegetation around condenser units should be removed so the unit can operate efficiently.



Figure 45-1

          Knight 000239

(Cooling continued)

> Air conditioners over 10 years old and heat pumps over 5 years old should be checked, cleaned and serviced yearly by a licensed contractor.

# Cooling #2

> The cooling system is inspected by operation of the equipment by normal controls to determine general condition NOT life expectancy. The capacity or adequacy of cooling system is beyond the scope of a home inspection. A licensed HVAC contractor should be consulted if in question.

Energy Source:      Electric
Type of Equipment:      Split System
     Condition: Further Evaluation Required

Comment 46:
I couldn't turn the A/C on due to the outside temperature. It could damage the unit.

Condenser Make:      Carrier
Condenser Approximate Age:      13 Yrs
Condesate Drainage:      Condensate Pump
     Condition: Satisfactory



(Cooling #2 continued)

 Comment 47:
Blank inspection plate. Sun bleached.


Figure 47-1


Figure 47-2

 Comment 48:
The lower unit is leaning down the hill and need leveling.


Figure 48-1

Air conditioners over 10 years old and heat pumps over 5 years old should

Knight 000241

(Cooling #2 continued)

be checked, cleaned and serviced yearly by a licensed contractor.

# Plumbing

The plumbing system is inspected visually and by operating a representative number of fixtures and drains. Private water and waste systems are beyond the scope of a home inspection.

Water Service:                            Well System



Supply Pipe Material:                     CPVC
                                          Condition: Satisfactory

(Plumbing continued)


Location of Main Water Shutoff:    Basement



Sewer System:    Septic System



Waste Pipe Material:    PVC
Condition: Satisfactory

Location of Fuel Shutoff:    Basement


    Knight 000243

(Plumbing continued)

---

 Comment 49:
Water pressure is satisfactory.


Figure 49-1

---

 Comment 50:
Sump pump for the basement left bathroom.


Figure 50-1

Knight 000244

(Plumbing continued)



Comment 51:
Hot tub is working well.



Figure 51-1



Figure 51-2

## Water Heater

| | |
|---|---|
| Manufacturer: | Bradford White |
| Fuel: | Electric |
| Capacity: | 80 gal |
| Approximate Age: | 14 Yrs |

(Water Heater continued)

Temp & Pressure Relief Valve:     Present With Blow Off Leg
                                  Condition: Satisfactory



Fuel Disconnect:                  Within Sight of Equipment



Knight 000246

(Water Heater continued)



Comment 52:



Figure 52-1



Comment 53:



Figure 53-1



Figure 53-2

Knight 000247

(Water Heater continued)

 Comment 54:

Corrosion present on cold side of water heater plumbing. Evidence of a possible slow leak. Consult a licensed plumber.



Figure 54-1

# Bathrooms

## Bathroom #1

Location:                                        Main Level Half Bath
Sink(s):                                         Pedestal
                                                 Condition: Repair or Replace

Knight 000248

(Bathroom #1 continued)

 Comment 55:
Pedestal isn't secured to the wall. Consult a licensed plumber.



Figure 55-1

| | |
|---|---|
| Toilet: | Standard Tank |
| | Condition: Satisfactory |
| Floor: | Wood |
| | Condition: Satisfactory |
| Ventilation Type: | Ventilator |
| | Condition: Satisfactory |
| GFCI Protection: | Outlets |
| | Condition: Satisfactory |

Knight 000249

(Bathroom #1 continued)

 **Comment 56:**



Figure 56-1

# Bathroom #2

Location:                                  Main Level Full
Bath Tub:                                  Recessed
                                           Condition: Marginal

Knight 000250

(Bathroom #2 continued)

 Comment 57:
Pump access.



Figure 57-1

 Comment 58:
I couldn't get all of the jets to operate. Consult a licensed plumber.



Figure 58-1

    Knight 000251

(Bathroom #2 continued)

Shower:                                    Stall
                                           Condition: Satisfactory



Sink(s):                                   Single Vanity
                                           Condition: Marginal

 Comment 59:
Washer needs replaced it has rusted out. Main level full bathroom vanity.
Consult a licensed plumber.



Figure 59-1



Figure 59-2

(Bathroom #2 continued)

|  |  |
|---|---|
| **Toilet:** | Standard Tank |
|  | Condition: Satisfactory |
| Shower Walls: | Fiberglass |
|  | Condition: Satisfactory |
| Tub Surround: | Fiberglass |
|  | Condition: Satisfactory |
| Floor: | Tile |
|  | Condition: Satisfactory |

 Comment 60:
Sealer needed between shower/ tub and floor to prevent moisture intrusion.



Figure 60-1

|  |  |
|---|---|
| Ventilation Type: | Ventilator |
|  | Condition: Marginal |

(Bathroom #2 continued)

 Comment 61:
Ventilator in main level bathroom is not working properly. Consult a licensed electrician.



Figure 61-1

GFCI Protection:                    Outlets
                                    Condition: Satisfactory

                    Knight 000254

(Bathroom #2 continued)

---

 Comment 62:



Figure 62-1

# Bathroom #3

Location:                                    2 Nd Level Left Side Facing View
Bath Tub:                                    Recessed
                                             Condition: Satisfactory
Shower:                                      In Tub
                                             Condition: Satisfactory



Knight 000255

(Bathroom #3 continued)

 Comment 63:
Shower head is leaking. 2 nd level left side.



Figure 63-1

| Sink(s): | Single Vanity<br>Condition: Satisfactory |
| Toilet: | Standard Tank<br>Condition: Satisfactory |
| Shower Walls: | Fiberglass<br>Condition: Satisfactory |
| Tub Surround: | Fiberglass<br>Condition: Satisfactory |
| Floor: | Wood<br>Condition: Marginal |

Knight 000256

(Bathroom #3 continued)

 Comment 64:
Sealer needed between shower/ tub and floor to prevent moisture intrusion.


Figure 64-1


Figure 64-2

Ventilation Type:                          Ventilator, Window
                                           Condition: Satisfactory

GFCI Protection:                           Outlets
                                           Condition: Satisfactory

---

 Comment 65:


Figure 65-1

(Bathrooms continued)

# Bathroom #4

Location:                                2 Nd Level Right
Bath Tub:                                Recessed
                                         Condition: Satisfactory

Shower:                                  In Tub
                                         Condition: Satisfactory



Sink(s):                                 Single Vanity
                                         Condition: Satisfactory

Toilet:                                  Standard Tank
                                         Condition: Satisfactory

Shower Walls:                            Fiberglass
                                         Condition: Satisfactory

Tub Surround:                            Fiberglass
                                         Condition: Satisfactory

Floor:                                   Wood
                                         Condition: Satisfactory

 Comment 66:
Sealer needed between shower/ tub and floor to prevent moisture intrusion.

Ventilation Type:                        Ventilator, Window
                                         Condition: Satisfactory

Knight 000258

(Bathroom #4 continued)

GFCI Protection:                              Outlets
                                             Condition: Satisfactory


Comment 67:



Figure 67-1

# Bathroom #5

Location:                                    Basement Left

Knight 000259

(Bathroom #5 continued)

Bath Tub:                           Recirculating
                                    Condition: Satisfactory



Shower:                             Stall
                                    Condition: Satisfactory

Sink(s):                            Single Vanity
                                    Condition: Satisfactory

Toilet:                             Standard Tank
                                    Condition: Satisfactory

Shower Walls:                       Fiberglass
                                    Condition: Satisfactory

Tub Surround:                       Fiberglass
                                    Condition: Satisfactory

Floor:                              Tile
                                    Condition: Satisfactory

Ventilation Type:                   Ventilator
                                    Condition: Satisfactory

GFCI Protection:                    Outlets
                                    Condition: Satisfactory

Knight 000260

(Bathroom #5 continued)

---

 **Comment 68:**



Figure 68-1

# Kitchen

Cabinets:                        Wood
                                 Condition: Satisfactory
Countertops:                     Granite, Stone
                                 Condition: Satisfactory
Sink:                            Double
                                 Condition: Satisfactory

Knight 000261

(Kitchen continued)

---

 **Comment 69:**



Figure 69-1

# Appliances

This is a cursory check only of the specified appliances. The accuracy or operation of timers, temperature or power level controls is beyond the scope of this inspection.

Oven:                                    Kitchen Aid
                                         Condition: Satisfactory





Knight 000262

(Appliances continued)

Cooktop:

Kitchen Aid
Condition: Satisfactory



Range Hood:

Kitchen Aid, Down draft
Condition: Satisfactory

Refrigerator:

Kitchen Aid
Condition: Satisfactory





Dishwasher:

Maytag
Condition: Marginal

Knight 000263

(Appliances continued)

 Comment 70:
No high loop installed in dishwasher drain line. Consult a licensed plumber.



Figure 70-1

Microwave:                     Whirlpool
                               Condition: Satisfactory



Disposal:                      Not Present

# Laundry

Dryer Venting:                              To Exterior
                                           Condition: Repair or Replace

 Comment 71:
The extraction vent for the dryer has a screen over it which is filled with lent.
This needs to be cleaned or removed to prevent a fire hazard.



Figure 71-1

 Comment 72:
One Dryer isn't venting to the exterior.



Figure 72-1

(Laundry continued)

Laundry Hook Ups:  Yes
Condition: Satisfactory



Washer:  Samsung
Condition: Satisfactory

Dryer:  Samsung
Condition: Satisfactory

---

 Comment 73:



Figure 73-1



Figure 73-2

Knight 000266

# Interior

The interior inspection is limited to readily accessible areas that are not concealed by furnishings or stored items. A representative number of windows and doors.

Floors:                             Tile, Wood
                                       Condition: Marginal

 Comment 74:
Cracked tile in the dining room and kitchen.



Figure 74-1



Figure 74-2



Figure 74-3



Figure 74-4

Knight 000267

(Interior continued)

Walls:                               Wood tongue and groove
                                     Condition: Satisfactory

 Comment 75:
Evidence of a possible leak on prowl front around fixed glass windows. Consult a licensed contractor.



Figure 75-1



Figure 75-2

Window Types:                        Double Hung, Fixed
                                     Condition: Marginal

Knight 000268

(Interior continued)

 Comment 76:
Fixed glass in basement bedroom is broken.



Figure 76-1

Window Materials:               Wood
Entry Door Types:               French, Hinged
                                Condition: Marginal

Knight 000269

(Interior continued)

 Comment 77:
Broken latch dining room French door.



Figure 77-1

| Entry Door Materials: | Wood |
|---|---|
| Interior Door Materials: | Wood |

Knight 000270

(Interior continued)


Comment 78:
2 nd level left bedroom door needs adjusted to operate properly.



Figure 78-1


Comment 79:
2 nd level right bedroom closet door needs adjusted to work properly.



Figure 79-1

Knight 000271

(Interior continued)

Fireplace:                            Manufactured
Condition: Satisfactory

 

 

        Knight 000272

(Interior continued)

 Comment 80:

Interior railing provides a ladder effect for children. Also the center is loose. Consult a licensed contractor.  The railing on the stairs inside doesn't meet the minimum requirement of 4 inches between pickets.



Figure 80-1

Knight 000273

# Report Summary

This summary page is not the entire report. The complete report may include additional information of interest or concern to you. It is strongly recommended that you promptly read the complete report. For information regarding the negotiability of any item in this report under the real estate purchase contract, contact your real estate agent or an attorney.

## Site Grading

1) The ground should slope away from the structure 6 inches in 10 feet at a minimum.


Figure 2-1


Figure 2-2

Knight 000274

(Report Summary continued)

## Retaining Walls

2) Crack in the retaining wall.





Figure 3-1

Figure 3-2

## Driveway

3) Cracks and holes in the driveway should be sealed to prevent moisture intrusion underneath the driveway.





Figure 4-1

Figure 4-2

Knight 000275

(Report Summary continued)



Figure 4-3

4) Obvious signs of erosion underneath the lower driveway drain. Consult a licensed contractor.



Figure 5-1



Figure 5-2

Knight 000276

(Report Summary continued)

## Patios/Decks

5) Bolts need to be added on porches and decks every 4 feet against the house. This is a safety issue. Main level only. Basement level has bolts. Main level has log screws which are not sufficient. Consult a licensed contractor. 1/2 bolts needed.



Figure 6-1

## Exterior Covering

6) Moisture intrusion and wood rot at the very front of the prowl at the deck level. Consult a licensed contractor.



Figure 8-1



Figure 8-2

Knight 000277

(Report Summary continued)



Figure 8-3

7) Ventilator duct missing extraction kit. Back right dormer.



Figure 9-1

Knight 000278

(Report Summary continued)

## Exterior Trim Material

8) Evidence of moisture intrusion and wood rot at the base of basement corner trim.



Figure 10-1

## Windows

9) Evidence of moisture intrusion and wood rot. Fixed glass trim on prowl front. Consult a licensed contractor.



Figure 11-1



Figure 11-2

Knight 000279

(Report Summary continued)

## Railings

10) No railing that meets code on the top of the retaining walls. This is a safety hazard. Consult a licensed contractor.



Figure 12-1



Figure 12-2



Figure 12-3

11) Max spacing on railing is 4 inches between. This is a safety hazard. Consult a licensed contractor.

Knight 000280

(Report Summary continued)



Figure 13-1

12) Railing in front of the hot tub is loose.



Figure 14-1

Knight 000281

(Report Summary continued)

## Roof Covering

13) Toe board should be removed from the roof to prevent moisture intrusion. Consult a licensed contractor.



Figure 16-1

## Vent Stacks

14) Plastic / rubber vent stack boots are only good for 10 years. These need to be replaced.



Figure 17-1

Knight 000282

(Report Summary continued)

## Chimney

15) Rocks are falling off the chimney which is evidence of possible moisture intrusion into the wood structure behind the rock.



Figure 19-1



Figure 19-2



Figure 19-3



Figure 19-4

Knight 000283

(Report Summary continued)



Figure 19-5

16) This valley directs water directly into the side of the chimney.



Figure 20-1

17) I can visually inspect the OSB in one area. It's not sealed and is obviously damaged from moisture intrusion.

Knight 000284

(Report Summary continued)



Figure 21-1

## Soffit and Fascia

18) Facia board is rotten in several places where they contact the roof especially. Consult a licensed contractor.



Figure 22-1

(Report Summary continued)

## Gutters & Downspouts

19) Gutters and screens need to be cleaned to prevent moisture intrusion into roof structure and the house, and foundation.



Figure 23-1



Figure 23-2

20) All downspouts should be diverted with adapters and pipe away from the structure to prevent moisture intrusion into the structure or washing out post piers / foundation. Consult a licensed contractor.



Figure 24-1

Knight 000286

(Report Summary continued)

## Foundation Material

21) Crack present in the mechanical room in the basement. I don't believe there will be any further issues with this crack.



Figure 27-1

Knight 000287

(Report Summary continued)

## Structure

22) Erosion taking place underneath the hot tub area. Consult a licensed contractor.


Figure 29-1


Figure 29-2

## Smoke Detectors

23) Smoke detectors are only good for 10 years. These need to be replaced. There also should be one installed in every bedroom.


Figure 30-1

(Report Summary continued)

## Electrical

24) Outlets at the basement level aren't GFCI protected. Consult a licensed electrician.



Figure 31-1



Figure 31-2



Figure 31-3

25) Outlets beside the front door is not GFCI protected. Consult a licensed electrician.

Knight 000289

(Report Summary continued)



Figure 32-1



Figure 32-2



Figure 32-3

26) Loose wiring on the ground in front of the hot tub. Consult a licensed electrician.

Knight 000290

(Report Summary continued)



Figure 33-1

## Filter Type

27) Filter needs replaced underneath the main level thermostat.

 

Figure 35-1                                           Figure 35-2

(Report Summary continued)

## Filter Type

28) Filter needs replaced at the basement underneath the thermostat. Also the grill is bent.


Figure 39-1


Figure 39-2

## Output Temperature

29) Output temperature should obviously be much higher. Consult a licensed HVAC technician.


Figure 40-1

Knight 000292

(Report Summary continued)

## HVAC: Cooling

30) Blank inspection plate.



Figure 44-1

31) Debris and vegetation around condenser units should be removed so the unit can operate efficiently.



Figure 45-1

Knight 000293

(Report Summary continued)

## HVAC: Cooling #2

32) The lower unit is leaning down the hill and need leveling.



Figure 48-1

## Plumbing: Water Heater

33) Corrosion present on cold side of water heater plumbing. Evidence of a possible slow leak. Consult a licensed plumber.



Figure 54-1

Knight 000294

(Report Summary continued)

Sink(s)
_____

34) Pedestal isn't secured to the wall. Consult a licensed plumber.



Figure 55-1

Bath Tub
_____

35) I couldn't get all of the jets to operate. Consult a licensed plumber.



Figure 58-1

Knight 000295

(Report Summary continued)

<u>Sink(s)</u>

36) Washer needs replaced it has rusted out. Main level full bathroom vanity. Consult a licensed plumber.


Figure 59-1


Figure 59-2

Knight 000296

(Report Summary continued)

## Floor

37) Sealer needed between shower/ tub and floor to prevent moisture intrusion.



Figure 60-1

## Ventilation Type

38) Ventilator in main level bathroom is not working properly. Consult a licensed electrician.



Figure 61-1

Knight 000297

(Report Summary continued)

## Shower

**39) Shower head is leaking. 2 nd level left side.**



<span style="color:red">Figure 63-1</span>

## Floor

**40) Sealer needed between shower/ tub and floor to prevent moisture intrusion.**

   

<span style="color:red">Figure 64-1</span>          <span style="color:red">Figure 64-2</span>

## Floor

**41) Sealer needed between shower/ tub and floor to prevent moisture intrusion.**

Knight 000298

(Report Summary continued)

Dishwasher
42) No high loop installed in dishwasher drain line. Consult a licensed plumber.



Figure 70-1

Dryer Venting
43) The extraction vent for the dryer has a screen over it which is filled with lent. This needs to be cleaned or removed to prevent a fire hazard.



Figure 71-1

44) One Dryer isn't venting to the exterior.

 Knight 000299

(Report Summary continued)



Figure 72-1

## Floors

45) Cracked tile in the dining room and kitchen.



Figure 74-1



Figure 74-2

Knight 000300

(Report Summary continued)



Figure 74-3



Figure 74-4

## Walls

46) Evidence of a possible leak on prowl front around fixed glass windows. Consult a licensed contractor.



Figure 75-1



Figure 75-2

Knight 000301

(Report Summary continued)

## Window Types

47) Fixed glass in basement bedroom is broken.



Figure 76-1

## Entry Door Types

48) Broken latch dining room French door.



Figure 77-1

Knight 000302

(Report Summary continued)

## Interior Door Materials

49) 2 nd level left bedroom door needs adjusted to operate properly.



Figure 78-1

50) 2 nd level right bedroom closet door needs adjusted to work properly.



Figure 79-1

Knight 000303

(Report Summary continued)

## Interior

51) Interior railing provides a ladder effect for children. Also the center is loose. Consult a licensed contractor.  The railing on the stairs inside doesn't meet the minimum requirement of 4 inches between pickets.



Figure 80-1

Knight 000304