# Pugh Home Inspections

1944 Old Loving Road
Morganton, GA 30560
(706) 455-2832
tpughhomeinspect@gmail.com
Inspected By: Titus Pugh



# Home Inspection Report

Prepared For:

## John Thatcher

Property Address:

## 92 Fish Trap Road
## Blue Ridge, GA 30513

Inspected on Mon, Apr 12 2021 at 6:30 AM

# Table of Contents

| | |
|---|---|
| General | 4 |
| Site | 5 |
| Exterior | 15 |
| Roofing | 27 |
| Structure | 39 |
| Electrical | 42 |
| HVAC | 52 |
| Plumbing | 58 |
| Bathrooms | 64 |
| Kitchen | 73 |
| Laundry | 77 |
| Interior | 79 |
| Report Summary | 88 |

Thank you for the opportunity to conduct a home inspection of the property listed above. We understand that the function of this report is to assist you in understanding the condition of the property to assist in making an informed purchase decision.

The report contains a review of components in the following basic categories: site, exterior, roofing, structure, electrical, HVAC, plumbing, and interior. Additional categories may or may not be included. The report is designed to be easy to read and comprehend however it is important to read the entire report to obtain a full understanding of the scope, limitations and exclusions of the inspection.

In addition to the checklist items of the report there are several comments which are meant to help you further understand certain conditions observed. These are easy to find by looking for their icons along the left side margin. Comments with the blue icon are primarily informational and comments with the orange icon are also displayed on the summary. Please read them all.

DEFINITION OF CONDITION TERMS
Satisfactory: At the time of inspection the component is functional without observed signs of a substantial defect.

Marginal: At the time of inspection the component is functioning but is estimated to be nearing end of useful life. Operational maintenance recommended. Replacement anticipated.

Repair or Replace: At the time of inspection the component does not function as intended or presents a Safety Hazard. Repair or replacement is recommended.

Further Evaluation: The component requires further technical or invasive evaluation by qualified professional tradesman or service technician to determine the nature of any potential defect, the corrective action and any associated cost.

# General

| | |
|---|---|
| Property Type: | Single Family |
| Stories: | Two |
| Approximate Age: | 14 |
| Age Based On: | Listing |
| Bedrooms/Baths: | 4/3 |
| Door Faces: | South |
| Furnished: | Yes |
| Occupied: | No |
| Weather: | Sunny |
| Temperature: | Warm |
| Soil Condition: | Damp |
| Utilities On During Inspection: | Electric Service, Gas Service, Water Service |



Comment 1:

THIS REPORT IS A GENERAL INSPECTION AND ITS PURPOSE IS TO IDENTIFY MAJOR DEFICIENCIES IN THE CONDITION OF SYSTEMS, COMPONENTS, AND ITEMS. THE INSPECTION IS NOT INTENDED TO BE AN ENGINEERING EVALUATION OR TECHNICALLY EXHAUSTIVE, NOR IS IT CONSIDERED TO BE A GUARANTEE OR WARRANTY, EXPRESSED OR IMPLIED, REGARDING THE CONDITIONS OF THE PROPERTY, ITEMS AND SYSTEMS INSPECTED. THE INSPECTION IS LIMITED ONLY TO VISIBLE AND ACCESSIBLE AREAS. LATENT AND CONCEALED DEFECTS OR DEFICIENCIES ARE EXCLUDED FROM INSPECTION, AND EQUIPMENT AND SYSTEMS WILL NOT BE DISMANTLED. HOME GENERATORS ARE NOT PART OF THE INSPECTION.  THE INSPECTION AND REPORT IS NOT A CONFORMANCE OR COMPLIANCE INSPECTION FOR GOVERNMENTAL CODES OR REGULATIONS OF ANY KIND. THE INSPECTION AND REPORT DO NOT ADDRESS THE POSSIBLE PRESENCE OF OR DANGER FROM ASBESTOS, RADON, GAS, LEAD PAINT, CHINESE DRY WALL, UREA FORMALDEHYDE, SOIL CONTAMINATION, UNDERGROUND OIL TANKS, TOXIC OR FLAMMABLE CHEMICALS, AND ALL OTHER POTENTIALLY HARMFUL SUBSTANCES OR CONDITIONS.  THE CLIENT IS URGED TO CONTACT A COMPETENT SPECIALIST IF INFORMATION, IDENTIFICATION, OR TESTING OF THE ABOVE IS DESIRED. THE INSPECTION AND REPORT ARE PREPARED FOR THE SOLE, CONFIDENTIAL, AND EXCLUSIVE USE AND POSSESSION OF THE CLIENT ONLY. NEITHER THE REPORT, THE CONTENTS OF THIS REPORT, NOR ANY REPRESENTATION MADE HEREIN ARE ASSIGNABLE OR TRANSFERABLE

(General continued)

WITHOUT THE EXPRESSED WRITTEN PERMISSION OF PUGH HOME INSPECTIONS.

# Site

> The condition of the vegetation, grading, surface drainage and retaining walls that are likely to adversely affect the building is inspected visually as well as adjacent walkways, patios and driveways.

Site Grading:                      Sloped Away From Structure, Sloped Toward Structure
                                           Condition: Marginal

 Comment 2:
Erosion taking place beside the condenser possibly from gutters not functioning properly.



Figure 2-1


Figure 2-2

(Site continued)

 Comment 3:
Erosion taking place at the footer level on the left side from the downspout pipe. Consult a licensed contractor.



Figure 3-1



Figure 3-2

 Comment 4:
The ground should slope away from the structure 6 inches in 10 feet at a minimum.



Figure 4-1

Vegetation:                    Generally Maintained
                               Condition: Marginal

(Site continued)

 Comment 5:
Trees should be cut back to prevent build up of debris on the roof to prevent moisture intrusion into the structure. This also can be a safety concern. Consult a licensed contractor.



Figure 5-1



Figure 5-2

 Comment 6:
The vegetation should be trimmed where it's not touching the home. This is to prevent moisture and insect intrusion.

(Site continued)



Figure 6-1

Retaining Walls:                    Concrete
                                   Condition: Marginal

 

(Site continued)

 Comment 7:
Crack in retaining wall possibly from backfilling.



Figure 7-1

| | |
|---|---|
| Driveway: | Gravel |
| | Condition: Satisfactory |
| Walkways: | Gravel |
| | Condition: Satisfactory |
| Steps/Stoops: | Wood |
| | Condition: Repair or Replace |

 Comment 8:
Front steps showing signs of moisture intrusion and wood rot. Consult a licensed contractor.

(Site continued)



Figure 8-1



Figure 8-2

Patios/Decks:                 Wood
                              Condition: Marginal



(Site continued)









(Site continued)

 Comment 9:
Bolts and bond timber/ joist hangers are present.



Figure 9-1

 Comment 10:
Erosion taking place underneath the front porch at piers for support post. Consult a licensed contractor.



Figure 10-1



Figure 10-2

(Site continued)

 Comment 11:
Double girder hangers missing underneath the basement level porch. Consult a licensed contractor.



Figure 11-1

 Comment 12:
Evidence of a small amount of settling at the center support post that holds all 3 levels of porches. Consult a licensed contractor. This is also the post that the pier is severely eroded around.

(Site continued)



Figure 12-1



Figure 12-2

 Comment 13:
Missing bolts and double joist hangers on main level porch framing. Consult a licensed contractor.



Figure 13-1

# Exterior

The visible condition of exterior coverings, trim and entrances are inspected with respect to their effect on the condition of the building.

Exterior Covering:    Lap Wood
Condition: Marginal

 Comment 14:
Siding is in contact with the ground. Consult a licensed contractor. Behind the A/C condenser.



Figure 14-1

 Comment 15:
OSB and siding is rotten at ground level at the chimney. Consult a licensed contractor.

(Exterior continued)





Figure 15-2

Figure 15-1

 Comment 16:
2 types of siding used.



Figure 16-1

(Exterior continued)

 Comment 17:
Evidence of beam separation at the gable ends fixed glass. This area should be kept sealed from the exterior.  All holes and cracks should be sealed to prevent moisture intrusion into the structure. Consult a licensed contractor.

 

Figure 17-1                                    Figure 17-2

Exterior Trim Material:               Wood
                                                   Condition: Marginal
Windows:                                   Wood
                                                   Condition: Marginal

 Comment 18:
Exterior window sills should be sloped to the exterior to prevent moisture intrusion. This is only on the fixed glass on the bed/ bath side of the home. Consult a licensed contractor.

(Exterior continued)



Figure 18-1

| | |
|---|---|
| Entry Doors: | Wood |
| | Condition: Satisfactory |
| Balconies: | Wood |
| | Condition: Marginal |




(Exterior continued)

 Comment 19:
No bolts present on 2 nd level balcony. Consult a licensed contractor.



Figure 19-1

 Comment 20:
Double hanger missing on 2 nd level balcony framing. Consult a licensed contractor.



Figure 20-1

Railings: Wood
Condition: Repair or Replace

(Exterior continued)

 Comment 21:
No railing on the top of the retaining walls. This is a safety hazard. Consult a licensed contractor.



Figure 21-1

 Comment 22:
Railing at the main entrance is showing signs of moisture intrusion and wood damage.

 

Figure 22-1                                             Figure 22-2

(Exterior continued)



Figure 22-3

---

 Comment 23:
Propane tank is at 70 percent.





Figure 23-2

Figure 23-1

(Exterior continued)

 Comment 24:



Figure 24-1



Figure 24-2



Figure 24-3



Figure 24-4

(Exterior continued)



Figure 24-5



Figure 24-6



Figure 24-7



Figure 24-8

(Exterior continued)


Figure 24-9


Figure 24-10


Figure 24-11


Figure 24-12

(Exterior continued)



Figure 24-13



Figure 24-14



Figure 24-15



Figure 24-16

(Exterior continued)

 Comment 25:
Main level Exterior fireplace brick panels are damaged. These can be replaced. Consult a licensed contractor.



Figure 25-1



Figure 25-2



Figure 25-3

(Exterior continued)

---

 Comment 26:
The basement level porch fireplace has damaged base.



Figure 26-1

# Roofing

> The visible condition of the roof covering, flashings, skylights, chimneys and roof penetrations are inspected. The purpose of the inspection is to determine general condition, NOT to determine life expectancy.

Inspection Method:  Walked Roof/Arms Length
Roof Design:  Gable
Roof Covering:  Metal
  Condition: Marginal

(Roofing continued)

 Comment 27:
Roofing screws need to be replaced every 10 years. These need replaced.
Consult a licensed contractor.



Figure 27-1



Figure 27-2

Approximate Roof Age:            15 Yrs
Ventilation Present:             Ridge Vents
                                 Condition: Satisfactory



(Roofing continued)

Vent Stacks:    Plastic
Condition: Marginal

 Comment 28:
Plastic / rubber vent stack boots are only good for 10 years. These need to be replaced.





Figure 28-1                                    Figure 28-2

Chimney :    Metal, Wood Frame
Condition: Marginal

(Roofing continued)

 

 Comment 29:
Evidence of moisture intrusion and wood rot at the base of support post for the chimney. Consult a licensed contractor.

 

Figure 29-1                    Figure 29-2

(Roofing continued)

 Comment 30:
Support cables for long metal chimney have broken.



Figure 30-1

Flashings:                              Metal, Tar/Caulk
                                        Condition: Marginal

 Comment 31:
Weatherstripping is not installed between the flashing and roof or the ridge cap and roof to prevent blowback. Consult a licensed contractor.

(Roofing continued)



Figure 31-1



Figure 31-2

Soffit and Fascia:                    Wood
                                       Condition: Marginal

 Comment 32:
Soffit and facia needs cleaned/sealed/ stained. Some of it.



Figure 32-1

(Roofing continued)

 Comment 33:
Carpenter bee damage. Consult exterminator.



Figure 33-1

Gutters & Downspouts:             Metal
                                  Condition: Marginal

 Comment 34:
All downspouts should be diverted with adapters and pipe away from the structure to prevent moisture intrusion into the structure or washing out post piers / foundation. Consult a licensed contractor.



Figure 34-1

(Roofing continued)

 Comment 35:
All downspouts should be diverted with adapters and pipe away from the structure to prevent moisture intrusion into the structure or washing out post piers / foundation. Consult a licensed contractor.



Figure 35-1



Figure 35-2



Figure 35-3

(Roofing continued)

 Comment 36:
Gutters and screens need to be cleaned to prevent moisture intrusion into roof structure and the house, and foundation.


Figure 36-1


Figure 36-2

 Comment 37:


Figure 37-1


Figure 37-2

(Roofing continued)



Figure 37-3                    Figure 37-4

Figure 37-5                    Figure 37-6

(Roofing continued)



Figure 37-7



Figure 37-8



Figure 37-9



Figure 37-10

(Roofing continued)



Figure 37-11



Figure 37-12



Figure 37-13



Figure 37-14

(Roofing continued)



Figure 37-15

# Structure

The visible condition of the structural components is inspected. The determination of adequacy of structural components is beyond the scope of a home inspection.

Foundation Types:                    Basement
Foundation Material:                 Poured Concrete
                                     Condition: Further Evaluation Required

 Comment 38:
I could not inspect all of the basement walls due to the basement being finished.

Signs of Water Penetration:          None at the time of inspection
                                     Condition: Satisfactory

(Structure continued)

Floor Structure:

Concrete Slab, Truss
Condition: Further Evaluation Required



 Comment 39:
I couldn't inspect the floor system because of the finished basement.

 Comment 40:
Cracks present in the basement slab.



Figure 40-1



Figure 40-2

Subflooring:

Oriented Strand Board
Condition: Further Evaluation Required

(Structure continued)

# Attic

Roof Framing Type:  Joist and Rafters
Condition: Satisfactory



Roof Deck Material:  Solid Wood Plank
Condition: Satisfactory

Vent Risers:  PVC
Condition: Satisfactory

Insulation:  Unknown
Condition: Further Evaluation Required

 Comment 41:
I couldn't inspect the insulation because of the finished ceiling and no open attic area.

# Electrical

> The inspector can not inspect hidden wiring or verify if the number of outlets is per the National Electric Code. A representative number of outlets, switches and fixtures are tested for operation.

Type of Service:                 Underground

Main Disconnect Location:        Meter Box



Service Panel Location:          Basement



(Electrical continued)

Service Panel Manufacturer:          Cutler Hammer
                                     Condition: Marginal









(Electrical continued)









(Electrical continued)



 Comment 42:
Missing connector in the right service panel. Consult a licensed electrician.



Figure 42-1

(Electrical continued)

Service Line Material: Aluminum
Condition: Satisfactory



Service Voltage: 240 volts
Service Amperage: 200 amps
Service Panel Ground: Unknown Not Visable
Branch Circuit Wiring: Non-Metallic Shielded Copper, Stranded Copper
Condition: Satisfactory
Overcurrent Protection: Breakers
Condition: Satisfactory

(Electrical continued)

GFCI/AFCI Breakers: 

Yes
Condition: Satisfactory



Smoke Detectors: 

Lithium Battery Type, It's wired for interconnected
Condition: Satisfactory





(Electrical continued)



Comment 43:

The interconnected system has been replaced with lithium style. The difference is when one smoke detector alarms the others in the house will not.



Comment 44:

Carbon monoxide detectors need to be installed on every level.

---



Comment 45:

The picture of the meter contains the meter number that you will need to switch the power over in your name.



Figure 45-1

(Electrical continued)

---

 Comment 46:

Outlet at main entrance outside isn't GFCI protected. Consult a licensed contractor.



Figure 46-1

---

 Comment 47:

Outlets on the front porch do not work. Consult a licensed electrician.



Figure 47-1



Figure 47-2

(Electrical continued)


Figure 47-3

---

 Comment 48:
Outlet at the balcony isn't GFCI protected. Consult a licensed electrician.


Figure 48-1

(Electrical continued)

---

 Comment 49:
Recirculating tub outlet isn't GFCI protected. Consult a licensed electrician.



Figure 49-1

---

 Comment 50:
Lots of exposed wiring in the HVAC closet. Consult a licensed electrician.

 

Figure 50-1          Figure 50-2

(Electrical continued)

 Comment 51:
Outlet at basement entry to living area doesn't work. Consult a licensed electrician.



Figure 51-1

# HVAC

HVAC System Type: Package Unit

 Comment 52:
There is an outside unit , however it is not being used.

Thermostat: Digital
Condition: Satisfactory



Thermostat Location: Entrance

(HVAC continued)

---

 Comment 53:

The HVAC system is not a zoned system. This means that the temperature will change a few degrees on every level of the structure. Consult a licensed HVAC technician for further.

# Heating

> The heating system is inspected visually and operated by normal controls to determine general condition NOT life expectancy. The capacity or adequacy of the heating system is beyond the scope of a home inspection. A licensed HVAC contractor should be consulted if in question.

| | |
|---|---|
| Location: | Basement |
| Type of Equipment: | Forced Air |
| | Condition: Satisfactory |
| Manufacturer: | Geocool |
| Heating Fuel: | Electric and Thermal |
| | Condition: Satisfactory |
| Approximate Age: | 3 Yrs |
| Filter Type: | Disposable |
| | Condition: Repair or Replace |

 

(Heating continued)







 Comment 54:
20x25x1 and a 14x14x1.

(Heating continued)

 **Comment 55:**
Washable filter on the side of the unit that needs cleaned.



Figure 55-1

Output Temperature:                    120

 **Comment 56:**



Figure 56-1

Type of Distribution:                    Metal Ducting, Flexible Ducting
                                         Condition: Satisfactory

(Heating continued)

---

 Comment 57:



Figure 57-1



Figure 57-2



Figure 57-3

Furnaces over 10 years old should be checked, cleaned and serviced yearly by a licensed contractor.

(HVAC continued)

# Cooling

The cooling system is inspected by operation of the equipment by normal controls to determine general condition NOT life expectancy. The capacity or adequacy of cooling system is beyond the scope of a home inspection. A licensed HVAC contractor should be consulted if in question.

Energy Source:                      Electric
Type of Equipment:               Geothermal from a well
                                            Condition: Further Evaluation Required



Comment 58:
I couldn't turn the A/C on due to the outside temperature. It could damage the unit.

Condenser Make:                  Carrier
Condensor Size:                    48,000 BTU (4 Tons)
Condenser Approximate Age:   15 Yrs
Condesate Drainage:             Condensate Pump
                                            Condition: Satisfactory



(Cooling continued)



Comment 59:
This unit isn't being used. Geothermal unit installed.



Figure 59-1



Figure 59-2

Air conditioners over 10 years old and heat pumps over 5 years old should be checked, cleaned and serviced yearly by a licensed contractor.

# Plumbing

The plumbing system is inspected visually and by operating a representative number of fixtures and drains. Private water and waste systems are beyond the scope of a home inspection.

Water Service:                    Well System

(Plumbing continued)

Supply Pipe Material:   Poly
                        Condition: Further Evaluation Required



Location of Main Water Shutoff:   Basement



(Plumbing continued)

Sewer System:                          Septic System



Waste Pipe Material:                   PVC
                                       Condition: Satisfactory
Location of Fuel Shutoff:              Service panel



(Plumbing continued)

---

 Comment 60:
Water pressure is satisfactory.



Figure 60-1

---

 Comment 61:
Hot tub is working well.



Figure 61-1

(Plumbing continued)

# Water Heater

| | |
|---|---|
| Manufacturer: | General Electric |
| Fuel: | Electric |
| Capacity: | 80 gal |
| Approximate Age: | 15 Yrs |
| Temp & Pressure Relief Valve: | Present With Blow Off Leg |
| | Condition: Satisfactory |



Fuel Disconnect:                        Service panel

(Water Heater continued)

---

 Comment 62:

Water over 120 degrees could cause injury.



Figure 62-1

---

 Comment 63:



Figure 63-1



Figure 63-2

# Bathrooms



Comment 64:



Figure 64-1

# Bathroom #1

Location:                          Main Level
Bath Tub:                          Free Standing
                                   Condition: Satisfactory





Shower:                            In Tub
                                   Condition: Satisfactory

(Bathroom #1 continued)

| | |
|---|---|
| Sink(s): | Double Vanity |
| | Condition: Satisfactory |
| Toilet: | Standard Tank |
| | Condition: Satisfactory |
| Tub Surround: | Metal |
| | Condition: Marginal |



| | |
|---|---|
| Floor: | Stone |
| | Condition: Satisfactory |
| Ventilation Type: | Ventilator |
| | Condition: Satisfactory |
| GFCI Protection: | Outlets |
| | Condition: Satisfactory |

## Bathroom #2

| | |
|---|---|
| Location: | Loft |

(Bathroom #2 continued)

Bath Tub:                                        Recirculating
                                                 Condition: Satisfactory



ⓘ     Comment 65:
       Pump access.



Figure 65-1

Shower:                                          In Tub
                                                 Condition: Marginal

(Bathroom #2 continued)

 Comment 66:
Shower head is loose in the wall. Consult a licensed plumber. Shelving that is supported by the shower head can damage plumbing.



Figure 66-1

| | |
|---|---|
| Sink(s): | Double Vanity |
| | Condition: Satisfactory |
| Toilet: | Standard Tank |
| | Condition: Satisfactory |
| Shower Walls: | Tile |
| | Condition: Satisfactory |
| Tub Surround: | Fiberglass |
| | Condition: Repair or Replace |

(Bathroom #2 continued)

 Comment 67:
Bottom of the recirculating tub is damaged. Consult a licensed plumber.



Figure 67-1

Floor:                                           Wood
                                                 Condition: Satisfactory

Ventilation Type:                                Ventilator
                                                 Condition: Satisfactory

GFCI Protection:                                 Outlets
                                                 Condition: Satisfactory

(Bathroom #2 continued)

---

 **Comment 68:**



Figure 68-1

# Bathroom #3

Location:                                    Basement
Bath Tub:                                    Recessed
                                             Condition: Marginal

(Bathroom #3 continued)

 Comment 69:
Missing drain stop.



Figure 69-1

Shower:                                        In Tub
                                               Condition: Marginal

 Comment 70:
Shower head is loose in the wall. Consult a licensed plumber. Shelving that is supported by the shower head can damage plumbing.

(Bathroom #3 continued)



Figure 70-1

| | |
|---|---|
| Sink(s): | Double Vanity |
| | Condition: Satisfactory |
| Toilet: | Standard Tank |
| | Condition: Satisfactory |
| Shower Walls: | Fiberglass |
| | Condition: Satisfactory |
| Tub Surround: | Fiberglass |
| | Condition: Satisfactory |
| Floor: | Concrete |
| | Condition: Satisfactory |
| Ventilation Type: | Ventilator |
| | Condition: Satisfactory |

(Bathroom #3 continued)

 Comment 71:
Ventilator needs cleaned.



Figure 71-1

GFCI Protection:                          Outlets
                                          Condition: Satisfactory

---

 Comment 72:



Figure 72-1

# Kitchen

Cabinets:                                   Wood
                                            Condition: Satisfactory

 Comment 73:
Possible pest activity underneath kitchen cabinets. Consult a licensed exterminator.



Figure 73-1



Figure 73-2

Countertops:                                Granite, Stone
                                            Condition: Satisfactory
Sink:                                       Double
                                            Condition: Satisfactory

(Kitchen continued)

 Comment 74:



Figure 74-1

# Appliances

This is a cursory check only of the specified appliances. The accuracy or operation of timers, temperature or power level controls is beyond the scope of this inspection.

Range:                                          Frigidaire
                                                Condition: Satisfactory




(Appliances continued)

Range Hood:                          Frigidaire
                                     Condition: Satisfactory



Refrigerator:                        Frigidaire
                                     Condition: Satisfactory

                 

Dishwasher:                          Maytag
                                     Condition: Marginal

(Appliances continued)

 Comment 75:
No high loop installed in dishwasher drain line. Consult a licensed plumber.



Figure 75-1

Microwave:                              Frigidaire
                                       Condition: Satisfactory



Disposal:                              Not Present

# Laundry

Dryer Venting:          To Exterior
                        Condition: Marginal



⚠️ Comment 76:
Dryer vent extraction needs cleaned.



Figure 76-1



Figure 76-2

GFCI Protection:                Not Present

(Laundry continued)

Laundry Hook Ups:  Yes
Condition: Satisfactory

 

Washer:  Whirlpool
Condition: Satisfactory

Dryer:  Whirlpool
Condition: Satisfactory



(Laundry continued)

 Comment 77:



Figure 77-1

# Interior

The interior inspection is limited to readily accessible areas that are not concealed by furnishings or stored items. A representative number of windows and doors.

Floors:                          Tile, Wood, Concrete
                                 Condition: Marginal

Walls:                           Wood tongue and groove
                                 Condition: Satisfactory

 Comment 78:
Evidence of a past leak/ pest activity. Moisture meter doesn't indicate a current leak. Upstairs hallway above the bedroom door.

(Interior continued)


Figure 78-1


Figure 78-2

Window Types:                    Double Hung, Fixed
                                 Condition: Satisfactory

 Comment 79:
Broken latch on basement double window.


Figure 79-1

Window Materials:                Wood

(Interior continued)

Entry Door Types:                    Hinged
                                     Condition: Satisfactory
Entry Door Materials:                Wood
Interior Door Materials:             Wood

   Comment 80:
Missing closet door. Main level bedroom.



Figure 80-1

(Interior continued)

 Comment 81:
No locks on bathroom doors.



Figure 81-1

 Comment 82:
2 nd level bedroom door needs adjusted to work properly.



Figure 82-1

(Interior continued)

 Comment 83:
Loft bathroom door needs adjusted to work properly.



Figure 83-1

Fireplace:                          Manufactured, Wood Burning
                                    Condition: Marginal

 

(Interior continued)

 

 Comment 84:
Gas starter present.

 



Figure 84-1                                          Figure 84-2

(Interior continued)

 Comment 85:
Damaged section of the base of the fireplace. Consult a licensed contractor.



Figure 85-1

 Comment 86:



Figure 86-1

(Interior continued)

---

 Comment 87:

Loose interior railing in loft. Consult a licensed contractor.



Figure 87-1

---

 Comment 88:

Missing door trim loft bedroom closet.



Figure 88-1

(Interior continued)

---

 Comment 89:

Evidence of a past leak in the basement bathroom possibly from the above tub. Moisture meter doesn't indicate a current leak. Consult a licensed plumber.



Figure 89-1

---

 Comment 90:

Basement bedroom on the right rear corner has evidence of a past leak. Consult a licensed plumber.



Figure 90-1

# Report Summary

This summary page is not the entire report. The complete report may include additional information of interest or concern to you. It is strongly recommended that you promptly read the complete report. For information regarding the negotiability of any item in this report under the real estate purchase contract, contact your real estate agent or an attorney.

Site Grading

1) Erosion taking place beside the condenser possibly from gutters not functioning properly.


Figure 2-1


Figure 2-2

2) Erosion taking place at the footer level on the left side from the downspout pipe. Consult a licensed contractor.

(Report Summary continued)



Figure 3-1



Figure 3-2

3) The ground should slope away from the structure 6 inches in 10 feet at a minimum.



Figure 4-1

(Report Summary continued)

## Vegetation

4) Trees should be cut back to prevent build up of debris on the roof to prevent moisture intrusion into the structure. This also can be a safety concern. Consult a licensed contractor.



Figure 5-1



Figure 5-2

5) The vegetation should be trimmed where it's not touching the home. This is to prevent moisture and insect intrusion.



Figure 6-1

(Report Summary continued)

## Retaining Walls

6) Crack in retaining wall possibly from backfilling.



Figure 7-1

## Steps/Stoops

7) Front steps showing signs of moisture intrusion and wood rot. Consult a licensed contractor.



Figure 8-1



Figure 8-2

(Report Summary continued)

<u>Patios/Decks</u>

8) Erosion taking place underneath the front porch at piers for support post. Consult a licensed contractor.

 

Figure 10-1                                    Figure 10-2

9) Double girder hangers missing underneath the basement level porch. Consult a licensed contractor.



Figure 11-1

10) Evidence of a small amount of settling at the center support post that holds all 3 levels of porches. Consult a licensed contractor. This is also the post that the pier is severely eroded around.

(Report Summary continued)



Figure 12-1



Figure 12-2

11) Missing bolts and double joist hangers on main level porch framing. Consult a licensed contractor.



Figure 13-1

(Report Summary continued)

Exterior Covering
12) Siding is in contact with the ground. Consult a licensed contractor. Behind the A/C condenser.


Figure 14-1

13) OSB and siding is rotten at ground level at the chimney. Consult a licensed contractor.




Figure 15-2

Figure 15-1

14) Evidence of beam separation at the gable ends fixed glass. This area should be kept sealed from the exterior.  All holes and cracks should be sealed to prevent moisture intrusion into the structure. Consult a licensed contractor.

(Report Summary continued)

 

<p style="text-align:center; color:red">Figure 17-1</p> <p style="text-align:center; color:red">Figure 17-2</p>

## Windows

15) Exterior window sills should be sloped to the exterior to prevent moisture intrusion. This is only on the fixed glass on the bed/ bath side of the home. Consult a licensed contractor.



<p style="text-align:center; color:red">Figure 18-1</p>

(Report Summary continued)

Balconies
_____

16) No bolts present on 2 nd level balcony. Consult a licensed contractor.



Figure 19-1

17) Double hanger missing on 2 nd level balcony framing. Consult a licensed contractor.



Figure 20-1

(Report Summary continued)

## Railings

18) No railing on the top of the retaining walls. This is a safety hazard. Consult a licensed contractor.



Figure 21-1

19) Railing at the main entrance is showing signs of moisture intrusion and wood damage.



Figure 22-1



Figure 22-2

(Report Summary continued)



Figure 22-3

## Exterior

20) Main level Exterior fireplace brick panels are damaged. These can be replaced. Consult a licensed contractor.



Figure 25-1



Figure 25-2

(Report Summary continued)



Figure 25-3

21) The basement level porch fireplace has damaged base.



Figure 26-1

(Report Summary continued)

## Roof Covering

22) Roofing screws need to be replaced every 10 years. These need replaced. Consult a licensed contractor.



Figure 27-1



Figure 27-2

## Vent Stacks

23) Plastic / rubber vent stack boots are only good for 10 years. These need to be replaced.



Figure 28-1



Figure 28-2

(Report Summary continued)

## Chimney

24) Evidence of moisture intrusion and wood rot at the base of support post for the chimney. Consult a licensed contractor.



Figure 29-1



Figure 29-2

25) Support cables for long metal chimney have broken.



Figure 30-1

(Report Summary continued)

## Flashings

26) Weatherstripping is not installed between the flashing and roof or the ridge cap and roof to prevent blowback. Consult a licensed contractor.





<p style="text-align:center;color:red;">Figure 31-1</p>

<p style="text-align:center;color:red;">Figure 31-2</p>

(Report Summary continued)

## Soffit and Fascia

27) Soffit and facia needs cleaned/sealed/ stained. Some of it.



Figure 32-1

28) Carpenter bee damage. Consult exterminator.



Figure 33-1

(Report Summary continued)

Gutters & Downspouts
_____

29) All downspouts should be diverted with adapters and pipe away from the structure to prevent moisture intrusion into the structure or washing out post piers / foundation. Consult a licensed contractor.



Figure 34-1

30) All downspouts should be diverted with adapters and pipe away from the structure to prevent moisture intrusion into the structure or washing out post piers / foundation. Consult a licensed contractor.



Figure 35-1



Figure 35-2

(Report Summary continued)



Figure 35-3

31) Gutters and screens need to be cleaned to prevent moisture intrusion into roof structure and the house, and foundation.



Figure 36-1



Figure 36-2

(Report Summary continued)

## Floor Structure

32) Cracks present in the basement slab.




Figure 40-1                                        Figure 40-2

## Service Panel Manufacturer

33) Missing connector in the right service panel. Consult a licensed electrician.



Figure 42-1

## Smoke Detectors

34) Carbon monoxide detectors need to be installed on every level.

(Report Summary continued)

## Electrical

35) Outlet at main entrance outside isn't GFCI protected. Consult a licensed contractor.



Figure 46-1

36) Outlets on the front porch do not work. Consult a licensed electrician.



Figure 47-1



Figure 47-2

(Report Summary continued)



Figure 47-3

37) Outlet at the balcony isn't GFCI protected. Consult a licensed electrician.



Figure 48-1

38) Recirculating tub outlet isn't GFCI protected. Consult a licensed electrician.

(Report Summary continued)



Figure 49-1

39) Lots of exposed wiring in the HVAC closet. Consult a licensed electrician.



Figure 50-1



Figure 50-2

40) Outlet at basement entry to living area doesn't work. Consult a licensed electrician.

(Report Summary continued)



Figure 51-1

## Filter Type

41) Washable filter on the side of the unit that needs cleaned.



Figure 55-1

(Report Summary continued)

## Plumbing: Water Heater

42) Water over 120 degrees could cause injury.



Figure 62-1

## Shower

43) Shower head is loose in the wall. Consult a licensed plumber. Shelving that is supported by the shower head can damage plumbing.



Figure 66-1

(Report Summary continued)

<u>Tub Surround</u>

44) Bottom of the recirculating tub is damaged. Consult a licensed plumber.



Figure 67-1

<u>Bath Tub</u>

45) Missing drain stop.



Figure 69-1

(Report Summary continued)

## Shower

46) Shower head is loose in the wall. Consult a licensed plumber. Shelving that is supported by the shower head can damage plumbing.



Figure 70-1

(Report Summary continued)

## Ventilation Type

47) Ventilator needs cleaned.



Figure 71-1

## Cabinets

48) Possible pest activity underneath kitchen cabinets. Consult a licensed exterminator.



Figure 73-1



Figure 73-2

(Report Summary continued)

## Dishwasher

49) No high loop installed in dishwasher drain line. Consult a licensed plumber.



Figure 75-1

## Dryer Venting

50) Dryer vent extraction needs cleaned.



Figure 76-1



Figure 76-2

(Report Summary continued)

## Walls

51) Evidence of a past leak/ pest activity. Moisture meter doesn't indicate a current leak. Upstairs hallway above the bedroom door.


Figure 78-1


Figure 78-2

(Report Summary continued)

## Window Types

52) Broken latch on basement double window.



Figure 79-1

## Interior Door Materials

53) Missing closet door. Main level bedroom.



Figure 80-1

54) 2 nd level bedroom door needs adjusted to work properly.

(Report Summary continued)



Figure 82-1

55) Loft bathroom door needs adjusted to work properly.



Figure 83-1

(Report Summary continued)

## Fireplace

56) Damaged section of the base of the fireplace. Consult a licensed contractor.



Figure 85-1

## Interior

57) Loose interior railing in loft. Consult a licensed contractor.



Figure 87-1

58) Missing door trim loft bedroom closet.

(Report Summary continued)



Figure 88-1

59) Evidence of a past leak in the basement bathroom possibly from the above tub. Moisture meter doesn't indicate a current leak. Consult a licensed plumber.



Figure 89-1

60) Basement bedroom on the right rear corner has evidence of a past leak. Consult a licensed plumber.

(Report Summary continued)



Figure 90-1