# Pugh Home Inspections

1944 Old Loving Road
Morganton, GA 30560
(706) 455-2832
tpughhomeinspect@gmail.com
Inspected By: Titus Pugh



# Home Inspection Report

Prepared For:

## John Thatcher

Property Address:

## 253 River Heights
## Blue Ridge, GA

Inspected on Wed, May 14 2025 at 1:00PM

# Table of Contents

General                                    4
Site                                       6
Exterior                                  18
Roofing                                   37
Structure                                 57
Electrical                                60
HVAC                                      73
HVAC #2 Basement                          80
Plumbing                                  86
Bathrooms                                 91
Kitchen                                  109
Laundry                                  114
Interior                                 117
Report Summary                           132

Thank you for the opportunity to conduct a home inspection of the property listed above. We understand that the function of this report is to assist you in understanding the condition of the property to assist in making an informed purchase decision.

The report contains a review of components in the following basic categories: site, exterior, roofing, structure, electrical, HVAC, plumbing, and interior. Additional categories may or may not be included. The report is designed to be easy to read and comprehend however it is important to read the entire report to obtain a full understanding of the scope, limitations and exclusions of the inspection.

In addition to the checklist items of the report there are several comments which are meant to help you further understand certain conditions observed. These are easy to find by looking for their icons along the left side margin. Comments with the blue icon are primarily informational and comments with the orange icon are also displayed on the summary. Please read them all.

DEFINITION OF CONDITION TERMS

Satisfactory: At the time of inspection the component is functional without observed signs of a substantial defect.

Marginal: At the time of inspection the component is functioning but is estimated to be nearing end of useful life. Operational maintenance recommended. Replacement anticipated.

Repair or Replace: At the time of inspection the component does not function as intended or presents a Safety Hazard. Repair or replacement is recommended.

Further Evaluation: The component requires further technical or invasive evaluation by qualified professional tradesman or service technician to determine the nature of any potential defect, the corrective action and any associated cost.

# General

| | |
|---|---|
| Property Type: | Single Family |
| Stories: | Two |
| Approximate Age: | 16 |
| Age Based On: | Listing |
| Bedrooms/Baths: | 5/6 |
| Door Faces: | South |
| Furnished: | Yes |
| Occupied: | No |
| Weather: | Overcast |
| Temperature: | Warm |
| Soil Condition: | Wet |
| Utilities On During Inspection: | Electric Service, Gas Service, Water Service |



**Comment 1:**
THIS REPORT IS A GENERAL INSPECTION AND ITS PURPOSE IS TO IDENTIFY MAJOR DEFICIENCIES IN THE CONDITION OF SYSTEMS, COMPONENTS, AND ITEMS. THE INSPECTION IS NOT INTENDED TO BE AN ENGINEERING EVALUATION OR TECHNICALLY EXHAUSTIVE, NOR IS IT CONSIDERED TO BE A GUARANTEE OR WARRANTY, EXPRESSED OR IMPLIED, REGARDING THE CONDITIONS OF THE PROPERTY, ITEMS AND SYSTEMS INSPECTED. THE INSPECTION IS LIMITED ONLY TO VISIBLE AND ACCESSIBLE AREAS. LATENT AND CONCEALED DEFECTS OR DEFICIENCIES ARE EXCLUDED FROM INSPECTION, AND EQUIPMENT AND SYSTEMS WILL NOT BE DISMANTLED. HOME GENERATORS ARE NOT PART OF THE INSPECTION.  THE INSPECTION AND REPORT IS NOT A CONFORMANCE OR COMPLIANCE INSPECTION FOR GOVERNMENTAL CODES OR REGULATIONS OF ANY KIND. THE INSPECTION AND REPORT DO NOT ADDRESS THE POSSIBLE PRESENCE OF OR DANGER FROM ASBESTOS, RADON, GAS, LEAD PAINT, CHINESE DRY WALL, UREA FORMALDEHYDE, SOIL CONTAMINATION, UNDERGROUND OIL TANKS, TOXIC OR FLAMMABLE CHEMICALS, AND ALL OTHER POTENTIALLY HARMFUL SUBSTANCES OR CONDITIONS.  THE CLIENT IS URGED TO CONTACT A COMPETENT SPECIALIST IF INFORMATION, IDENTIFICATION, OR TESTING OF THE ABOVE IS DESIRED. THE INSPECTION AND REPORT ARE PREPARED FOR THE SOLE, CONFIDENTIAL, AND EXCLUSIVE USE AND POSSESSION OF THE CLIENT ONLY. NEITHER THE REPORT, THE CONTENTS OF THIS REPORT, NOR ANY REPRESENTATION MADE HEREIN ARE ASSIGNABLE OR TRANSFERABLE

(General continued)

WITHOUT THE EXPRESSED WRITTEN PERMISSION OF PUGH HOME INSPECTIONS.

---

 Comment 2:
Caleb Weaver carpenter and screen porch professional 706-633-4994.

earl Maddox. Contractor
770-294-1101.

Kevin Hanson electrician 706-455-1633.

Scott Stanley-electrician. 706-633-7823.

Josh Conley- excavating/ retaining walls. 678-776-2325.

Seth Pugh - Driveway work - 706-258-7311.

Burnette's Appliance Repair - Jamey- 706-946-0558

Orlando- Paint/ sealing contractor. 706-483-1956.

Kinsers tree service 706-374-0167.

Davenport tree service
706-455- 6359

GA roof masters.
706-889-3200.

Mark Huff - Well and Filter issues
706-633-0227.

Blue Ridge Mechanical - Gas Logs and Gas Water Heater Issues 706-455-4452.

All Choice Plumbing
706-964-7586.

(General continued)

 Comment 3:
There may be a comment that is informational and not listed as a deficiency that you would like the seller to address. I recommend all of the report be reviewed.

 Comment 4:
Front side for this inspection is labeled as the front door side. Right and left and rear are oriented facing the front door.

# Site

The condition of the vegetation, grading, surface drainage and retaining walls that are likely to adversely affect the building is inspected visually as well as adjacent walkways, patios and driveways.

Site Grading:                        Sloped Away From Structure
                                     Condition: Marginal

 Comment 5:
The ground should slope away from the structure 6 inches in 10 feet at a minimum. Water running towards the foundation can cause moisture intrusion and settling issues at the foundation level.



Figure 5-1

(Site continued)

| | |
|---|---|
| Vegetation: | Generally Maintained |
| | Condition: Satisfactory |
| Retaining Walls: | Concrete |
| | Condition: Further Evaluation Required |







(Site continued)

 

 Comment 6:
Large retaining wall has a bulge in it. Where the bulges are in the driveway may possibly be the kicker walls poured for support trying to rise up as the retaining wall leans outward. Also the wall is cracked. Also leaning out of plumb about 1 1/2 in 4 'Consult a structural engineer for further.

 

Figure 6-1         Figure 6-2

(Site continued)



Figure 6-3



Figure 6-4



Figure 6-5



Figure 6-6

(Site continued)



Figure 6-7



Figure 6-8

 Comment 7:
Retaining wall does have weep holes.



Figure 7-1

(Site continued)

 Comment 8:
Consider adding a retaining wall here to protect the units.



Figure 8-1

Driveway:                                    Concrete
                                            Condition: Marginal

(Site continued)

 Comment 9:
Concrete driveway has pushed up in a couple of areas cracking the concrete.


Figure 9-1


Figure 9-2


Figure 9-3

Steps/Stoops:                    Wood
                                 Condition: Satisfactory

(Site continued)

Patios/Decks:                    Wood
                                 Condition: Marginal







(Site continued)









(Site continued)

 Comment 10:
Bolts and bond timber/ joist hangers are installed properly.



Figure 10-1

 Comment 11:
Decks/porches need cleaned/ sealed. Consult a licensed contractor.



Figure 11-1

(Site continued)

 Comment 12:
Erosion underneath the hot tub support post. Consult a licensed contractor. May need additional support



Figure 12-1

 Comment 13:
Decks/porches need cleaned/ sealed. Consult a licensed contractor.



Figure 13-1

(Site continued)

 Comment 14:
Deck board needs replaced on front prowl.



Figure 14-1

---

 Comment 15:
All drain lines should extend well past foundation and piers to prevent erosion and moisture intrusion. Consult a licensed contractor.



Figure 15-1

# Exterior

The visible condition of exterior coverings, trim and entrances are inspected with respect to their effect on the condition of the building.

Exterior Covering:                    Lap Wood
                                       Condition: Marginal

 Comment 16:
Siding needs to be cleaned, sealed with paint /stain and caulk. On a routine basis as needed. Consult a licensed contractor.



Figure 16-1

 Comment 17:
Siding is in contact with the ground Consult a licensed contractor. This can encourage pest and moisture intrusion. Consult a licensed exterminator for termite inspection.

(Exterior continued)



Figure 17-1

 Comment 18:
All holes and cracks / butt joints should be sealed to prevent moisture/pest intrusion into the structure. Consult a licensed contractor.



Figure 18-1



Figure 18-2

(Exterior continued)

 Comment 19:
Evidence of carpenter bee / woodpecker activity. Consult exterminator.


Figure 19-1


Figure 19-2

 Comment 20:
Evidence of moisture intrusion and minor wood damage. Consult a licensed contractor. Roof line


Figure 20-1

(Exterior continued)

Exterior Trim Material:          Wood
                                 Condition: Repair or Replace

    Comment 21:
Large log trim on basement corner has moisture damage at the base.

          

Figure 21-1                              Figure 21-2

    Comment 22:
Evidence of moisture intrusion and damage to trim. Consult a licensed contractor. Front exposed prowl front.

(Exterior continued)



Figure 22-1

Windows:                            Wood
                                    Condition: Marginal

 Comment 23:
Evidence fixed glass windows are leaking to the interior. See interior window section



Figure 23-1

(Exterior continued)

Entry Doors:                      Wood
                                  Condition: Satisfactory

Railings:                         Wood
                                  Condition: Marginal



 Comment 24:
Max spacing on railing is 4 inches between. This is a safety hazard. Consult a licensed contractor. High retaining wall.



Figure 24-1

(Exterior continued)

 Comment 25:
Rotten hand rail basement level right side .


Figure 25-1

 Comment 26:
Max spacing on railing is 4 inches between. This is a safety hazard. Consult a licensed contractor.


Figure 26-1


Figure 26-2

(Exterior continued)

 Comment 27:
Loose picket. Basement level



Figure 27-1

 Comment 28:
No railing on the top of the retaining walls. This is a safety hazard. Consult a licensed contractor. Any wall that is accessible and is over 30 inches tall.



Figure 28-1

(Exterior continued)

 Comment 29:
Hot tub is heating and jets are working.



Figure 29-1

 Comment 30:
Exterior pictures.



Figure 30-1



Figure 30-2

(Exterior continued)



Figure 30-3



Figure 30-4



Figure 30-5



Figure 30-6

(Exterior continued)



Figure 30-7



Figure 30-8



Figure 30-9



Figure 30-10

(Exterior continued)



Figure 30-11



Figure 30-12



Figure 30-13



Figure 30-14

(Exterior continued)


Figure 30-15


Figure 30-16


Figure 30-17


Figure 30-18

(Exterior continued)



Figure 30-19



Figure 30-20



Figure 30-21



Figure 30-22

(Exterior continued)



Figure 30-23



Figure 30-24



Figure 30-25



Figure 30-26

(Exterior continued)



Figure 30-27



Figure 30-28



Figure 30-29



Figure 30-30

(Exterior continued)



Figure 30-31



Figure 30-32



Figure 30-33



Figure 30-34

(Exterior continued)

 Comment 31:
Ground hog tunnels toward foundation. Possibly getting under the footing. Consult exterminator.



Figure 31-1



Figure 31-2

 Comment 32:
Exposed gas line on top of the ground right side. Consult your gas provider.



Figure 32-1

(Exterior continued)

 Comment 33:
Nest in the peak.



Figure 33-1

 Comment 34:
Fence/ railing is leaning or down in places.



Figure 34-1



Figure 34-2

# Roofing

The visible condition of the roof covering, flashings, skylights, chimneys and roof penetrations are inspected. The purpose of the inspection is to determine general condition, NOT to determine life expectancy.

Inspection Method:         Walked Roof/Arms Length
Roof Design:               Gable
Roof Covering:             Architectural shingles
                           Condition: Marginal

 Comment 35:
Missing shingle/ flashing underneath the overhang of dormer. Back porch





Figure 35-1                              Figure 35-2

 Comment 36:
Some of the ridge cap shingles are cracked/ damaged. Missing tab. Consult a licensed contractor.

(Roofing continued)




Figure 36-1                                        Figure 36-2

 Comment 37:
Debris and / or moss should be removed from the roof to prevent moisture intrusion.



Figure 37-1

(Roofing continued)


Comment 38:
Exposed nail heads on the roof should be sealed to prevent moisture intrusion. Consult a licensed contractor.



Figure 38-1

| | |
|---|---|
| Approximate Roof Age: | 17 Yrs |
| Ventilation Present: | Ridge Vents |
| | Condition: Further Evaluation Required |



(Roofing continued)

Vent Stacks:                              Plastic
                                          Condition: Repair or Replace

 Comment 39:
Plastic / rubber boots need replaced/ evaluation every 10-15years. Consult a licensed contractor.





Figure 39-1                                        Figure 39-2

(Roofing continued)

 **Comment 40:**
Damaged/ deteriorating plumbing boot. Consult a licensed contractor.



Figure 40-1

Chimney :                              Wood Frame
                                     Condition: Repair or Replace

          

(Roofing continued)







(Roofing continued)







(Roofing continued)

 Comment 41:
Water is channeled to run  into the corner of the chimney.



Figure 41-1

 Comment 42:
Rocks coming loose from chimney. Consult a licensed contractor.



Figure 42-1



Figure 42-2

(Roofing continued)


Figure 42-3

| Flashings: | Metal, Tar/Caulk, Asphalt<br>Condition: Marginal |
| --- | --- |
| Soffit and Fascia: | Wood<br>Condition: Repair or Replace |

 Comment 43:
Above back porch roof at the main structure overhang the facia and soffit has been damaged and the insulation has been pulled out by pest. Possibly flying squirrels. Consult a licensed contractor/ exterminator.,

(Roofing continued)



Figure 43-1

 Comment 44:
Evidence of moisture intrusion and wood damage to facia where it meets the roof.



Figure 44-1



Figure 44-2

(Roofing continued)



Figure 44-3

 Comment 45:
All holes in the soffit material should be filled to prevent pest and moisture intrusion. Flying squirrel evidence.



Figure 45-1



Figure 45-2

(Roofing continued)



Figure 45-3

Figure 45-4

Gutters & Downspouts:              Metal
                                   Condition: Marginal

 Comment 46:
Damaged downspout drain line.



Figure 46-1

(Roofing continued)

 Comment 47:
Gutters and screens need to be kept clean to drain properly and prevent moisture intrusion into roof structure and the house, and foundation.



Figure 47-1



Figure 47-2

(Roofing continued)

 Comment 48:
Roofing photos.


Figure 48-1


Figure 48-2


Figure 48-3


Figure 48-4

(Roofing continued)


Figure 48-5


Figure 48-6


Figure 48-7


Figure 48-8

(Roofing continued)


Figure 48-9


Figure 48-10


Figure 48-11


Figure 48-12

(Roofing continued)



Figure 48-13



Figure 48-14



Figure 48-15



Figure 48-16

(Roofing continued)


Figure 48-17


Figure 48-18


Figure 48-19


Figure 48-20

(Roofing continued)



Figure 48-21



Figure 48-22



Figure 48-23



Figure 48-24

(Roofing continued)


Figure 48-25


Figure 48-26


Figure 48-27


Figure 48-28

253 River Heights, Blue Ridge, GA

(Roofing continued)



Figure 48-29

# Structure

The visible condition of the structural components is inspected. The determination of adequacy of structural components is beyond the scope of a home inspection.

Foundation Types:                    Basement
Foundation Material:              Poured Concrete
                                     Condition: Further Evaluation Required



Page 57 of 177

(Structure continued)

 Comment 49:
Exposed footing. Backfill as needed to prevent erosion. Underneath the hot tub and at the point of the structure



Figure 49-1



Figure 49-2



Figure 49-3

(Structure continued)



Comment 50:
I could not inspect all of the foundation material because of the finishing.

Signs of Water Penetration:      Not at the time of the inspection
Condition: Satisfactory

Floor Structure:      Concrete Slab, Truss
Condition: Satisfactory







Subflooring:      Oriented Strand Board
Condition: Satisfactory

(Structure continued)

# Attic

Attic Entry:                     Not Present

ℹ️ **Comment 51:**
Vaulted ceiling's.

| | |
|---|---|
| Roof Framing Type: | Joist and Rafters<br>Condition: Satisfactory |
| Roof Deck Material: | Oriented Strand Board<br>Condition: Further Evaluation Required |
| Vent Risers: | PVC<br>Condition: Satisfactory |
| Insulation: | Fiberglass Batts<br>Condition: Further Evaluation Required |

# Electrical

> The inspector can not inspect hidden wiring or verify if the number of outlets is per the National Electric Code. A representative number of outlets, switches and fixtures are tested for operation.

Type of Service:             Underground



(Electrical continued)

Main Disconnect Location:          Meter Box



Service Panel Location:              Basement
Service Panel Manufacturer:        Cutler hammer
                                     Condition: Satisfactory





(Electrical continued)







(Electrical continued)









(Electrical continued)

 Comment 52:
Extra space in panel for additional electrical service.



Figure 52-1

 Comment 53:
One breaker mot labeled. Maybe water pump ?



Figure 53-1

(Electrical continued)

Service Line Material:          Aluminum
                               Condition: Satisfactory

 

Service Voltage:               240 volts
Service Amperage:              400
Service Panel Ground:          Unknown Not Visable
Branch Circuit Wiring:         Non-Metallic Shielded Copper, Stranded Copper
                               Condition: Satisfactory
Overcurrent Protection:        Breakers
                               Condition: Satisfactory
GFCI/AFCI Breakers:            Yes
                               Condition: Satisfactory

(Electrical continued)

Smoke Detectors:                    Hard Wired Interconnected
                                    Condition: Repair or Replace



 Comment 54:
Smoke detectors present  are more than 10 years old. They need to be replaced. There should also be one installed in every bedroom as well. Missing smoke in basement bedroom



Figure 54-1



Figure 54-2

(Electrical continued)

 Comment 55:
Carbon monoxide detectors need to be installed on every level because of fuel burning appliances/ fireplace.

 Comment 56:
Loose electrical box and it doesn't work. Basement driveway. Consult a licensed electrician.

 

Figure 56-1                                    Figure 56-2

 Comment 57:
Exterior outlets should be GFCI protected. Consult a licensed electrician. Basement level

(Electrical continued)


Figure 57-1

---

 Comment 58:
Moisture damaged fixture. Basement level


Figure 58-1

(Electrical continued)

 Comment 59:
Exposed wiring underneath the bottom deck should be removed. It was not hot at the time of inspection. Consult a licensed electrician



Figure 59-1

 Comment 60:
Data cables hanging / running loose around the structure.



Figure 60-1



Figure 60-2

(Electrical continued)

---

 Comment 61:

The picture of the meter contains the meter number that you will need to switch the power over in your name.



Figure 61-1

---

 Comment 62:

No switched light working when entering the room. Consult a licensed electrician. 2 nd level bedrooms

 

Figure 62-1                                      Figure 62-2

(Electrical continued)

---

 Comment 63:
Dead outlet. Outside dining room



Figure 63-1

---

 Comment 64:
Basement fan wouldn't operate. Possibly missing remote



Figure 64-1

(Electrical continued)

 Comment 65:
Fan/ light wouldn't operate in basement right bedroom .



Figure 65-1

 Comment 66:
Wasp nest in both front exterior outlets.



Figure 66-1



Figure 66-2

(Electrical continued)

 Comment 67:
Outlet beside front steps will not reset. Replace outlet. Consult a licensed electrician. I believe that this outlet may be connected to the main level master bathroom bathtub.



Figure 67-1

# HVAC

HVAC System Type:                          Central Split System

(HVAC continued)

Thermostat:                                    Smart
                                                Condition: Satisfactory



Thermostat Location:                      Entrance

---

 Comment 68:
HVAC pictures.



Figure 68-1



Figure 68-2

(HVAC continued)



Figure 68-3



Figure 68-4



Figure 68-5

 Comment 69:
The HVAC system is not a zoned system. This means that the temperature will change a few degrees on every level of the structure. Consult a licensed HVAC technician for further. Main level and 2 nd level

(HVAC continued)

# Heating

> The heating system is inspected visually and operated by normal controls to determine general condition NOT life expectancy. The capacity or adequacy of the heating system is beyond the scope of a home inspection. A licensed HVAC contractor should be consulted if in question.

Location:                             Basement
Type of Equipment:         Forced Air
                                    Condition: Repair or Replace

 Comment 70:
Main level HVAC unit not heating at time of inspection. Consult a licensed HVAC technician.

Manufacturer:                     Carrier
Heating Fuel:                     Electric
                                    Condition: Further Evaluation Required
Approximate Age:           18 Yrs
Filter Type:                      Disposable
                                    Condition: Satisfactory

 Comment 71:
20x25x1 inch filter underneath the thermostat. Also 12x12x1 inch filter in 2 nd level bedrooms.

(Heating continued)



Figure 71-1



Figure 71-2



Figure 71-3

Type of Distribution:                 Metal Ducting, Flexible Ducting
                                               Condition: Satisfactory

> Furnaces over 10 years old should be checked, cleaned and serviced yearly by a licensed contractor.

(HVAC continued)

# Cooling

> The cooling system is inspected by operation of the equipment by normal controls to determine general condition NOT life expectancy. The capacity or adequacy of cooling system is beyond the scope of a home inspection. A licensed HVAC contractor should be consulted if in question.

Energy Source:                              Electric
Type of Equipment:                   Split System
                                        Condition: Repair or Replace

⚠️ Comment 72:
A/C temperature didn't drop 20 degree difference in return air temperature. Main level HVAC unit. Consult a licensed Hvac technician.

Condenser Make:                         Unknown

⚠️ Comment 73:
Condenser label has faded.



Figure 73-1

Condensor Size:                        48,000 BTU (4 Tons)
Condenser Approximate Age:      18 Yrs

(Cooling continued)

Condesate Drainage:

Condensate Pump
Condition: Further Evaluation Required



⚠️ Comment 74:
Condensation lines should extend past the foundation of the house.



Figure 74-1

AC Supply Air Temp:                              60

(Cooling continued)

 Comment 75:


Figure 75-1

AC Return Air Temp:        72
AC Temperature Drop:     12

Air conditioners over 10 years old and heat pumps over 5 years old should be checked, cleaned and serviced yearly by a licensed contractor.

# HVAC #2 Basement

HVAC System Type:        Central Split System
Thermostat:          Smart
Condition: Satisfactory



(HVAC #2 Basement  continued)

Thermostat Location: Basement game room



Comment 76:
HVAC pictures.



Figure 76-1



Figure 76-2



Figure 76-3



Figure 76-4

(HVAC #2 Basement  continued)


Figure 76-5


Figure 76-6

# Heating

The heating system is inspected visually and operated by normal controls to determine general condition NOT life expectancy. The capacity or adequacy of the heating system is beyond the scope of a home inspection. A licensed HVAC contractor should be consulted if in question.

Location:                                    Basement
Type of Equipment:                 Forced Air
                                                    Condition: Further Evaluation Required

 Comment 77:
Basement heat did not operate properly. Consult a licensed HVAC technician.

Manufacturer:                         Carrier
Heating Fuel:                           Electric
                                                    Condition: Further Evaluation Required

Approximate Age:                    18 Yrs
Filter Type:                              Disposable
                                                    Condition: Satisfactory

(Heating continued)

 Comment 78:
14x20x1 inch filter in basement game room .



Figure 78-1

Output Temperature: 83

 Comment 79:



Figure 79-1

Type of Distribution: Metal Ducting, Flexible Ducting
Condition: Satisfactory

Furnaces over 10 years old should be checked, cleaned and serviced yearly

(Heating continued)

by a licensed contractor.

# Cooling

The cooling system is inspected by operation of the equipment by normal controls to determine general condition NOT life expectancy. The capacity or adequacy of cooling system is beyond the scope of a home inspection. A licensed HVAC contractor should be consulted if in question.

Energy Source:                     Electric
Type of Equipment:               Split System
                                 Condition: Satisfactory

Condenser Make:                  Carrier
Expansion Coil Make:             Carrier
Expansion Coil Size:             24,000 BTU (2 Tons)
Condesate Drainage:              Condensate Pump
                                 Condition: Further Evaluation Required



(Cooling continued)

 Comment 80:
Condensation lines should extend past the foundation of the home.



Figure 80-1

AC Supply Air Temp:                    50

 Comment 81:



Figure 81-1

AC Return Air Temp:                    70
AC Temperature Drop:                   20

(Cooling continued)



Comment 82:

The condenser is leaning out of plumb. Needs more support. Consult a licensed HVAC technician



Figure 82-1



Figure 82-2

> Air conditioners over 10 years old and heat pumps over 5 years old should be checked, cleaned and serviced yearly by a licensed contractor.

# Plumbing

> The plumbing system is inspected visually and by operating a representative number of fixtures and drains. Private water and waste systems are beyond the scope of a home inspection.

Water Service:                    Well System
Supply Pipe Material:             CPVC
                                  Condition: Further Evaluation Required

(Plumbing continued)

Location of Main Water Shutoff:     Basement



Sewer System:                            Septic System

 Comment 83:
Contact Fannin County Health Department/ land development for septic permit and information regarding installation.

Waste Pipe Material:                   PVC
                                       Condition: Further Evaluation Required
Location of Fuel Shutoff:              Not Located

(Plumbing continued)

---



Comment 84:

Water pressure is satisfactory. Between 40-80 psi for residential use.



Figure 84-1

---



Comment 85:

Sump pump for basement plumbing is in locked closet.



Figure 85-1

(Plumbing continued)

# Water Heater

| | |
|---|---|
| Manufacturer: | Bradford white |
| Fuel: | Electric |
| Capacity: | 80 gal |
| Approximate Age: | 18 Yrs |
| Temp & Pressure Relief Valve: | Present With Blow Off Leg<br>Condition: Satisfactory |



Fuel Disconnect:                    Within Sight of Equipment



(Water Heater continued)

 Comment 86:
Water heater photos.


Figure 86-1

 Comment 87:
Water over 125 degrees could cause injury.


Figure 87-1

# Bathrooms

## Bathroom #1

Location:                                    Main Level Half Bath
Sink(s):                                     Pedestal
                                             Condition: Marginal

 Comment 88:
The vanity needs secured to the wall. Main level half bath



Figure 88-1

Toilet:                                      Standard Tank
                                             Condition: Satisfactory
Floor:                                       Wood
                                             Condition: Satisfactory
Ventilation Type:                            Ventilator
                                             Condition: Satisfactory
GFCI Protection:                             Outlets
                                             Condition: Satisfactory

(Bathroom #1 continued)

 **Comment 89:**



Figure 89-1

# Bathroom #2

Location:                                   2 Nd Level Right Side
Bath Tub:                                  Recessed
                                            Condition: Satisfactory

Shower:                                     In Tub
                                            Condition: Satisfactory



(Bathroom #2 continued)

Sink(s):

Single Vanity
Condition: Satisfactory




Toilet:

Standard Tank
Condition: Satisfactory

Shower Walls:

Fiberglass
Condition: Satisfactory



(Bathroom #2 continued)

Tub Surround:                    Fiberglass
Condition: Satisfactory



Floor:                          Wood
Condition: Satisfactory

Ventilation Type:          Ventilator
Condition: Satisfactory

GFCI Protection:          Outlets
Condition: Satisfactory

(Bathroom #2 continued)

 Comment 90:



Figure 90-1

# Bathroom #3

Location:                                        2 Nd Level Right Bedroom
Bath Tub:                                        Recessed
                                                 Condition: Marginal

(Bathroom #3 continued)

 Comment 91:
Hot/ cold reversed. Consult a licensed plumber. 2 nd level right side



Figure 91-1

Shower:

In Tub
Condition: Satisfactory



(Bathroom #3 continued)

Sink(s):                         Single Vanity
                                 Condition: Satisfactory




Toilet:                          Standard Tank
                                 Condition: Marginal

 Comment 92:
Toilet is not secure to the floor. This could cause a leak. Consult a licensed plumber. 2 nd level right side



Figure 92-1

(Bathroom #3 continued)

Shower Walls:                      Fiberglass
                                   Condition: Satisfactory



Tub Surround:                      Fiberglass
                                   Condition: Satisfactory



Floor:                             Wood
                                   Condition: Satisfactory
Ventilation Type:                  Ventilator
                                   Condition: Satisfactory

(Bathroom #3 continued)

GFCI Protection: Outlets
Condition: Satisfactory

# Bathroom #4

Location: Master
Bath Tub: Recirculating
Condition: Satisfactory

 Comment 93:
Pump access .



Figure 93-1                    Figure 93-2

 Comment 94:
During inspection I tested the gfci on this tub and it kicked as it should however I could not find the reset. I tested tub with extension cord. I believe the outlet is connected to the exterior one beside front steps that won't reset. Consult a licensed electrician.

Shower: Stall
Condition: Satisfactory

(Bathroom #4 continued)

 Comment 95:
Shower head is leaking. Master



Figure 95-1

Sink(s):



Single Vanity
Condition: Satisfactory



Toilet:

Standard Tank
Condition: Satisfactory

(Bathroom #4 continued)

Shower Walls:

Fiberglass
Condition: Satisfactory



Tub Surround:

Fiberglass
Condition: Satisfactory



Floor:

Tile
Condition: Marginal

(Bathroom #4 continued)

 Comment 96:
Broken/ cracked tile. Master



Figure 96-1

Ventilation Type:                    Ventilator
                                     Condition: Satisfactory

GFCI Protection:                     Outlets
                                     Condition: Satisfactory

(Bathroom #4 continued)

 Comment 97:



Figure 97-1

# Bathroom #5

Location:                                      Basement Left Side
Bath Tub:                                      Recirculating
                                               Condition: Satisfactory



(Bathroom #5 continued)

 Comment 98:
Pump acess may be in locked closet behind tub.



Figure 98-1

Shower:

Stall
Condition: Satisfactory



(Bathroom #5 continued)

Sink(s):                              Single Vanity
                                      Condition: Satisfactory

   

Toilet:                               Standard Tank
                                      Condition: Satisfactory

Shower Walls:                         Fiberglass
                                      Condition: Satisfactory



(Bathroom #5 continued)

Tub Surround:                     Fiberglass
                                  Condition: Satisfactory



Floor:                            Tile
                                  Condition: Satisfactory

Ventilation Type:                 Ventilator
                                  Condition: Satisfactory

GFCI Protection:                  Outlets
                                  Condition: Satisfactory

(Bathroom #5 continued)

 **Comment 99:**



Figure 99-1

# Bathroom #6

Location:                                        Basement Right Side
Bath Tub:                                        Recessed
                                                 Condition: Satisfactory

Shower:                                          In Tub
                                                 Condition: Satisfactory



(Bathroom #6 continued)

Sink(s):                                  Single Vanity
                                          Condition: Satisfactory

   

Toilet:                                   Standard Tank
                                          Condition: Satisfactory

Shower Walls:                             Fiberglass
                                          Condition: Satisfactory



(Bathroom #6 continued)

Tub Surround:

Fiberglass
Condition: Satisfactory



Floor:

Concrete
Condition: Satisfactory

Ventilation Type:

Ventilator
Condition: Satisfactory

GFCI Protection:

Outlets
Condition: Satisfactory

# Kitchen

Cabinets:

Wood
Condition: Satisfactory

Countertops:

Granite, Stone
Condition: Satisfactory

(Kitchen continued)

Sink:                                  Double
                                        Condition: Satisfactory

     

---

 Comment 100:
Kitchen.



Figure 100-1

(Kitchen continued)

# Appliances

This is a cursory check only of the specified appliances. The accuracy or operation of timers, temperature or power level controls is beyond the scope of this inspection.

Oven:                                          Kitchen Aid
                                               Condition: Satisfactory









(Appliances continued)

Cooktop:  Kitchen Aid
Condition: Satisfactory



Comment 101:
Gas shut off for the gas cook top is underneath the cook top.



Figure 101-1

(Appliances continued)

Range Hood:                    Kitchen aid down draft
Condition: Satisfactory



Refrigerator:                 Whirlpool
Condition: Satisfactory




Dishwasher:                  Maytag
Condition: Satisfactory

(Appliances continued)

Microwave:                              Hamilton beach
                                        Condition: Satisfactory



Disposal:                               Not Present

# Laundry

Dryer Venting:                          To Exterior
                                        Condition: Repair or Replace

(Laundry continued)

 Comment 102:
Dryer vent has came loose from the dryer.



Figure 102-1

GFCI Protection:                    No
                                    Condition: Repair or Replace

 Comment 103:
Outlet for the washing machine isn't GFCI protected. Consult a licensed electrician.

(Laundry continued)



Figure 103-1

Laundry Hook Ups:    Yes
                     Condition: Satisfactory

    

Washer:              Samsung
                     Condition: Satisfactory

Dryer:               Samsung
                     Condition: Satisfactory

(Laundry continued)

 Comment 104:



Figure 104-1

# Interior

The interior inspection is limited to readily accessible areas that are not concealed by furnishings or stored items. A representative number of windows and doors.

Floors:                          Tile, Wood
                                 Condition: Marginal

(Interior continued)

 Comment 105:
Broken tile in dining room and kitchen. Consult a licensed contractor.


Figure 105-1


Figure 105-2


Figure 105-3


Figure 105-4

(Interior continued)



Figure 105-5



Figure 105-6

Walls:                          Wood tongue and groove
                                Condition: Satisfactory

Window Types:                   Fixed
                                Condition: Repair or Replace

 Comment 106:
Evidence of moisture intrusion on the interior of the fixed glass windows. Make sure that they are sealed properly from the exterior.

(Interior continued)



Figure 106-1



Figure 106-2



Figure 106-3



Figure 106-4

(Interior continued)



Figure 106-5



Figure 106-6

Window Materials:                     Wood
Entry Door Types:                     French, Hinged
                                      Condition: Marginal

(Interior continued)

 Comment 107:
Possibly broken seal on glass door. Front door



Figure 107-1

 Comment 108:
Latches need replaced on dining room French door.



Figure 108-1



Figure 108-2

(Interior continued)

 Comment 109:
Damaged / missing weatherstripping. Or door not sealing properly. Basement


Figure 109-1

 Comment 110:
Loose deadbolt. Basement right entrance door


Figure 110-1

Entry Door Materials:                          Wood, Metal

(Interior continued)

Interior Door Materials:                Wood

 Comment 111:
Latch needs work on 2 nd level right bedroom door.



Figure 111-1

Fireplace:                                Manufactured, Wood Burning
                                          Condition: Marginal




(Interior continued)



⚠️ Comment 112:
Rock is stained from smoke.



Figure 112-1

(Interior continued)

 Comment 113:
The fire brick panel in the rear of the fireplace is damaged. Consult a licensed contractor.



Figure 113-1

 Comment 114:
Gas starter installed. Shut off on hearth.



Figure 114-1



Figure 114-2

(Interior continued)

---

 Comment 115:

The railing on the inside doesn't meet the minimum requirement of 4 inches between balusters.



Figure 115-1



Figure 115-2

---

 Comment 116:

Interior photos.



Figure 116-1



Figure 116-2

(Interior continued)



Figure 116-3



Figure 116-4



Figure 116-5



Figure 116-6

(Interior continued)



Figure 116-7



Figure 116-8



Figure 116-9



Figure 116-10

(Interior continued)



Figure 116-11



Figure 116-12



Figure 116-13



Figure 116-14

(Interior continued)

 Comment 117:
Loose railing 2 nd level center post .



Figure 117-1

 Comment 118:
Paper stuck on ceiling/ walls of basement bathroom right side.



Figure 118-1



Figure 118-2

# Report Summary

This summary page is not the entire report. The complete report may include additional information of interest or concern to you. It is strongly recommended that you promptly read the complete report. For information regarding the negotiability of any item in this report under the real estate purchase contract, contact your real estate agent or an attorney.

## Site Grading

1) The ground should slope away from the structure 6 inches in 10 feet at a minimum. Water running towards the foundation can cause moisture intrusion and settling issues at the foundation level.



Figure 5-1

(Report Summary continued)

## Retaining Walls

2) Large retaining wall has a bulge in it. Where the bulges are in the driveway may possibly be the kicker walls poured for support trying to rise up as the retaining wall leans outward. Also the wall is cracked. Also leaning out of plumb about 1 1/2 in 4 'Consult a structural engineer for further.



Figure 6-1



Figure 6-2



Figure 6-3



Figure 6-4

(Report Summary continued)



Figure 6-5



Figure 6-6



Figure 6-7



Figure 6-8

3) Consider adding a retaining wall here to protect the units.

(Report Summary continued)



Figure 8-1

## Driveway

4) Concrete driveway has pushed up in a couple of areas cracking the concrete.



Figure 9-1



Figure 9-2

(Report Summary continued)



Figure 9-3

## Patios/Decks

5) Decks/porches need cleaned/ sealed. Consult a licensed contractor.



Figure 11-1

6) Erosion underneath the hot tub support post. Consult a licensed contractor. May need additional support

(Report Summary continued)



<span style="color:red">Figure 12-1</span>

7) Decks/porches need cleaned/ sealed. Consult a licensed contractor.



<span style="color:red">Figure 13-1</span>

8) Deck board needs replaced on front prowl.

(Report Summary continued)



Figure 14-1

## Site

9) All drain lines should extend well past foundation and piers to prevent erosion and moisture intrusion. Consult a licensed contractor.



Figure 15-1

(Report Summary continued)

Exterior Covering
10) Siding is in contact with the ground Consult a licensed contractor. This can encourage pest and moisture intrusion. Consult a licensed exterminator for termite inspection.



Figure 17-1

11) All holes and cracks / butt joints should be sealed to prevent moisture/pest intrusion into the structure. Consult a licensed contractor.


Figure 18-1


Figure 18-2

12) Evidence of carpenter bee / woodpecker activity. Consult exterminator.

(Report Summary continued)



Figure 19-1



Figure 19-2

13) Evidence of moisture intrusion and minor wood damage. Consult a licensed contractor. Roof line



Figure 20-1

(Report Summary continued)

## Exterior Trim Material

14) Large log trim on basement corner has moisture damage at the base.


Figure 21-1


Figure 21-2

15) Evidence of moisture intrusion and damage to trim. Consult a licensed contractor. Front exposed prowl front.


Figure 22-1

(Report Summary continued)

## Windows

16) Evidence fixed glass windows are leaking to the interior. See interior window section



Figure 23-1

## Railings

17) Max spacing on railing is 4 inches between. This is a safety hazard. Consult a licensed contractor. High retaining wall.



Figure 24-1

18) Rotten hand rail basement level right side .

(Report Summary continued)


Figure 25-1

19) Max spacing on railing is 4 inches between. This is a safety hazard. Consult a licensed contractor.


Figure 26-1


Figure 26-2

20) Loose picket. Basement level

(Report Summary continued)



Figure 27-1

21) No railing on the top of the retaining walls. This is a safety hazard. Consult a licensed contractor. Any wall that is accessible and is over 30 inches tall.



Figure 28-1

(Report Summary continued)

## Exterior

22) Ground hog tunnels toward foundation. Possibly getting under the footing. Consult exterminator.


Figure 31-1


Figure 31-2

23) Exposed gas line on top of the ground right side. Consult your gas provider.


Figure 32-1

24) Nest in the peak.

(Report Summary continued)



Figure 33-1

25) Fence/ railing is leaning or down in places.



Figure 34-1



Figure 34-2

(Report Summary continued)

Roof Covering
26) Missing shingle/ flashing underneath the overhang of dormer. Back porch


Figure 35-1


Figure 35-2

27) Some of the ridge cap shingles are cracked/ damaged. Missing tab. Consult a licensed contractor.


Figure 36-1


Figure 36-2

28) Debris and / or moss should be removed from the roof to prevent moisture intrusion.

(Report Summary continued)



Figure 37-1

29) Exposed nail heads on the roof should be sealed to prevent moisture intrusion. Consult a licensed contractor.



Figure 38-1

(Report Summary continued)

Vent Stacks

30) Plastic / rubber boots need replaced/ evaluation every 10-15years. Consult a licensed contractor.


Figure 39-1


Figure 39-2

31) Damaged/ deteriorating plumbing boot. Consult a licensed contractor.


Figure 40-1

(Report Summary continued)

## Chimney

32) Water is channeled to run  into the corner of the chimney.



Figure 41-1

33) Rocks coming loose from chimney. Consult a licensed contractor.



Figure 42-1



Figure 42-2

(Report Summary continued)



Figure 42-3

## Soffit and Fascia

34) Above back porch roof at the main structure overhang the facia and soffit has been damaged and the insulation has been pulled out by pest. Possibly flying squirrels. Consult a licensed contractor/ exterminator.,



Figure 43-1

35) Evidence of moisture intrusion and wood damage to facia where it meets the roof.

(Report Summary continued)



Figure 44-1



Figure 44-2



Figure 44-3

36) All holes in the soffit material should be filled to prevent pest and moisture intrusion. Flying squirrel evidence.

(Report Summary continued)



Figure 45-1



Figure 45-2



Figure 45-3



Figure 45-4

(Report Summary continued)

## Gutters & Downspouts

37) Damaged downspout drain line.



Figure 46-1

38) Gutters and screens need to be kept clean to drain properly and prevent moisture intrusion into roof structure and the house, and foundation.

 

Figure 47-1  Figure 47-2

(Report Summary continued)

## Foundation Material

39) Exposed footing. Backfill as needed to prevent erosion. Underneath the hot tub and at the point of the structure


Figure 49-1


Figure 49-2


Figure 49-3

(Report Summary continued)

## Smoke Detectors

40) Smoke detectors present  are more than 10 years old. They need to be replaced. There should also be one installed in every bedroom as well. Missing smoke in basement bedroom



Figure 54-1



Figure 54-2

41) Carbon monoxide detectors need to be installed on every level because of fuel burning appliances/ fireplace.

## Electrical

42) Loose electrical box and it doesn't work. Basement driveway. Consult a licensed electrician.

(Report Summary continued)



Figure 56-1



Figure 56-2

43) Exterior outlets should be GFCI protected. Consult a licensed electrician. Basement level



Figure 57-1

44) Moisture damaged fixture. Basement level

(Report Summary continued)



Figure 58-1

45) Exposed wiring underneath the bottom deck should be removed. It was not hot at the time of inspection. Consult a licensed electrician



Figure 59-1

46) Data cables hanging / running loose around the structure.

(Report Summary continued)





Figure 60-1 Figure 60-2

47) No switched light working when entering the room. Consult a licensed electrician. 2 nd level bedrooms





Figure 62-1 Figure 62-2

48) Dead outlet. Outside dining room

(Report Summary continued)



Figure 63-1

49) Basement fan wouldn't operate. Possibly missing remote



Figure 64-1

50) Fan/ light wouldn't operate in basement right bedroom .

(Report Summary continued)



Figure 65-1

51) Wasp nest in both front exterior outlets.



Figure 66-1



Figure 66-2

52) Outlet beside front steps will not reset. Replace outlet. Consult a licensed electrician. I believe that this outlet may be connected to the main level master bathroom bathtub.

(Report Summary continued)



Figure 67-1

## Type of Equipment

53) Main level HVAC unit not heating at time of inspection. Consult a licensed HVAC technician.

## Type of Equipment

54) A/C temperature didn't drop 20 degree difference in return air temperature. Main level HVAC unit. Consult a licensed Hvac technician.

(Report Summary continued)

## Condenser Make

55) Condenser label has faded.



<span style="color:red">Figure 73-1</span>

## Condesate Drainage

56) Condensation lines should extend past the foundation of the house.



<span style="color:red">Figure 74-1</span>

(Report Summary continued)

Type of Equipment
57) Basement heat did not operate properly. Consult a licensed HVAC technician.

Condesate Drainage
58) Condensation lines should extend past the foundation of the home.


Figure 80-1

HVAC #2 Basement : Cooling
59) The condenser is leaning out of plumb. Needs more support. Consult a licensed HVAC technician

(Report Summary continued)



Figure 82-1



Figure 82-2

## Plumbing: Water Heater

60) Water over 125 degrees could cause injury.



Figure 87-1

(Report Summary continued)

Sink(s)
61) The vanity needs secured to the wall. Main level half bath



Figure 88-1

Bath Tub
62) Hot/ cold reversed. Consult a licensed plumber. 2 nd level right side



Figure 91-1

(Report Summary continued)

Toilet

63) Toilet is not secure to the floor. This could cause a leak. Consult a licensed plumber. 2 nd level right side



Figure 92-1

Bath Tub

64) During inspection I tested the gfci on this tub and it kicked as it should however I could not find the reset. I tested tub with extension cord. I believe the outlet is connected to the exterior one beside front steps that won't reset. Consult a licensed electrician.

(Report Summary continued)

## Shower

65) Shower head is leaking. Master



Figure 95-1

## Floor

66) Broken/ cracked tile. Master



Figure 96-1

(Report Summary continued)

## Dryer Venting

67) Dryer vent has came loose from the dryer.



Figure 102-1

## GFCI Protection

68) Outlet for the washing machine isn't GFCI protected. Consult a licensed electrician.



Figure 103-1

(Report Summary continued)

## Floors

69) Broken tile in dining room and kitchen. Consult a licensed contractor.


<span style="color:red">Figure 105-1</span>


<span style="color:red">Figure 105-2</span>


<span style="color:red">Figure 105-3</span>


<span style="color:red">Figure 105-4</span>

(Report Summary continued)



<span style="color:red">Figure 105-5</span>



<span style="color:red">Figure 105-6</span>

## Window Types

70) Evidence of moisture intrusion on the interior of the fixed glass windows. Make sure that they are sealed properly from the exterior.



<span style="color:red">Figure 106-1</span>



<span style="color:red">Figure 106-2</span>

(Report Summary continued)



Figure 106-3



Figure 106-4



Figure 106-5



Figure 106-6

(Report Summary continued)

## Entry Door Types

71) Possibly broken seal on glass door. Front door



Figure 107-1

72) Latches need replaced on dining room French door.



Figure 108-1



Figure 108-2

73) Damaged / missing weatherstripping. Or door not sealing properly. Basement

(Report Summary continued)



Figure 109-1

74) Loose deadbolt. Basement right entrance door



Figure 110-1

(Report Summary continued)

## Interior Door Materials

75) Latch needs work on 2 nd level right bedroom door.



Figure 111-1

## Fireplace

76) Rock is stained from smoke.



Figure 112-1

77) The fire brick panel in the rear of the fireplace is damaged. Consult a licensed contractor.

(Report Summary continued)



Figure 113-1

## Interior

78) The railing on the inside doesn't meet the minimum requirement of 4 inches between balusters.



Figure 115-1



Figure 115-2

79) Loose railing 2 nd level center post .

(Report Summary continued)



Figure 117-1