# Pugh Home Inspections

1944 Old Loving Road
Morganton, GA 30560
(706) 455-2832
tpughhomeinspect@gmail.com
Inspected By: Titus Pugh



# Home Inspection Report

Prepared For:

## John  Thatcher

Property Address:

## 92 Fish Trap Road
## Mineral Bluff, GA

Inspected on Wed, May 14 2025 at 8:00AM

# Table of Contents

| | |
|---|---|
| General | 4 |
| Site | 6 |
| Exterior | 17 |
| Roofing | 34 |
| Structure | 51 |
| Electrical | 54 |
| HVAC | 64 |
| Plumbing | 72 |
| Bathrooms | 77 |
| Kitchen | 90 |
| Laundry | 96 |
| Interior | 99 |
| Report Summary | 117 |

Thank you for the opportunity to conduct a home inspection of the property listed above. We understand that the function of this report is to assist you in understanding the condition of the property to assist in making an informed purchase decision.

The report contains a review of components in the following basic categories: site, exterior, roofing, structure, electrical, HVAC, plumbing, and interior. Additional categories may or may not be included. The report is designed to be easy to read and comprehend however it is important to read the entire report to obtain a full understanding of the scope, limitations and exclusions of the inspection.

In addition to the checklist items of the report there are several comments which are meant to help you further understand certain conditions observed. These are easy to find by looking for their icons along the left side margin. Comments with the blue icon are primarily informational and comments with the orange icon are also displayed on the summary. Please read them all.

DEFINITION OF CONDITION TERMS
Satisfactory: At the time of inspection the component is functional without observed signs of a substantial defect.

Marginal: At the time of inspection the component is functioning but is estimated to be nearing end of useful life. Operational maintenance recommended. Replacement anticipated.

Repair or Replace: At the time of inspection the component does not function as intended or presents a Safety Hazard. Repair or replacement is recommended.

Further Evaluation: The component requires further technical or invasive evaluation by qualified professional tradesman or service technician to determine the nature of any potential defect, the corrective action and any associated cost.

# General

| | |
|---|---|
| Property Type: | Single Family |
| Stories: | Two |
| Approximate Age: | 18 |
| Age Based On: | Listing |
| Bedrooms/Baths: | 4/3 |
| Door Faces: | Southwest |
| Furnished: | Yes |
| Occupied: | No |
| Weather: | Overcast |
| Temperature: | Warm |
| Soil Condition: | Wet |
| Utilities On During Inspection: | Electric Service, Gas Service, Water Service |



**Comment 1:**
THIS REPORT IS A GENERAL INSPECTION AND ITS PURPOSE IS TO IDENTIFY MAJOR DEFICIENCIES IN THE CONDITION OF SYSTEMS, COMPONENTS, AND ITEMS. THE INSPECTION IS NOT INTENDED TO BE AN ENGINEERING EVALUATION OR TECHNICALLY EXHAUSTIVE, NOR IS IT CONSIDERED TO BE A GUARANTEE OR WARRANTY, EXPRESSED OR IMPLIED, REGARDING THE CONDITIONS OF THE PROPERTY, ITEMS AND SYSTEMS INSPECTED. THE INSPECTION IS LIMITED ONLY TO VISIBLE AND ACCESSIBLE AREAS. LATENT AND CONCEALED DEFECTS OR DEFICIENCIES ARE EXCLUDED FROM INSPECTION, AND EQUIPMENT AND SYSTEMS WILL NOT BE DISMANTLED. HOME GENERATORS ARE NOT PART OF THE INSPECTION.  THE INSPECTION AND REPORT IS NOT A CONFORMANCE OR COMPLIANCE INSPECTION FOR GOVERNMENTAL CODES OR REGULATIONS OF ANY KIND. THE INSPECTION AND REPORT DO NOT ADDRESS THE POSSIBLE PRESENCE OF OR DANGER FROM ASBESTOS, RADON, GAS, LEAD PAINT, CHINESE DRY WALL, UREA FORMALDEHYDE, SOIL CONTAMINATION, UNDERGROUND OIL TANKS, TOXIC OR FLAMMABLE CHEMICALS, AND ALL OTHER POTENTIALLY HARMFUL SUBSTANCES OR CONDITIONS.  THE CLIENT IS URGED TO CONTACT A COMPETENT SPECIALIST IF INFORMATION, IDENTIFICATION, OR TESTING OF THE ABOVE IS DESIRED. THE INSPECTION AND REPORT ARE PREPARED FOR THE SOLE, CONFIDENTIAL, AND EXCLUSIVE USE AND POSSESSION OF THE CLIENT ONLY. NEITHER THE REPORT, THE CONTENTS OF THIS REPORT, NOR ANY REPRESENTATION MADE HEREIN ARE ASSIGNABLE OR TRANSFERABLE

(General continued)

WITHOUT THE EXPRESSED WRITTEN PERMISSION OF PUGH HOME INSPECTIONS.

---

 Comment 2:
Caleb Weaver carpenter and screen porch professional 706-633-4994.

earl Maddox. Contractor
770-294-1101.

Kevin Hanson electrician 706-455-1633.

Scott Stanley-electrician. 706-633-7823.

Josh Conley- excavating/ retaining walls. 678-776-2325.

Seth Pugh - Driveway work - 706-258-7311.

Burnette's Appliance Repair - Jamey- 706-946-0558

Orlando- Paint/ sealing contractor. 706-483-1956.

Kinsers tree service 706-374-0167.

Davenport tree service
706-455- 6359

GA roof masters.
706-889-3200.

Mark Huff - Well and Filter issues
706-633-0227.

Blue Ridge Mechanical - Gas Logs and Gas Water Heater Issues 706-455-4452.

All Choice Plumbing
706-964-7586.

(General continued)


Comment 3:
There may be a comment that is informational and not listed as a deficiency that you would like the seller to address. I recommend all of the report be reviewed.


Comment 4:
Front side for this inspection is labeled as the front door side. Right and left and rear are oriented facing the front door.

# Site

> The condition of the vegetation, grading, surface drainage and retaining walls that are likely to adversely affect the building is inspected visually as well as adjacent walkways, patios and driveways.

Site Grading:                Sloped Away From Structure, Sloped Toward Structure
                             Condition: Repair or Replace


Comment 5:
The ground should slope away from the structure 6 inches in 10 feet at a minimum. Water running towards the foundation can cause moisture intrusion and settling issues at the foundation level.


Figure 5-1


Figure 5-2

(Site continued)



Figure 5-3

| Vegetation: | Generally Maintained |
| | Condition: Marginal |

 Comment 6:
Trees / limbs that are directly over the structure or leaning towards the structure should be cut back to prevent build up of debris on the roof to prevent moisture intrusion into the structure. Consult a licensed contractor.



Figure 6-1



Figure 6-2

(Site continued)



Figure 6-3

Retaining Walls:                  Concrete
                                  Condition: Further Evaluation Required

          

(Site continued)



 Comment 7:
Crack in retaining wall where it meets the structure. Moisture coming out of the crack. Possible Evidence of hydraulic pressure. Consult a licensed contractor / structural engineer for further evaluation.



Figure 7-1



Figure 7-2

(Site continued)



Figure 7-3


Figure 7-4

 Comment 8:
Crack in retaining wall has been sealed. Slight bulge at this location.  No weep holes at the base to allow water to escape to prevent hydraulic pressure buildup. Consult a licensed contractor/ structural engineer for further.


Figure 8-1

(Site continued)

Driveway: Gravel
Condition: Satisfactory



Steps/Stoops: Wood
Condition: Repair or Replace

 Comment 9:
The bottom of the front steps against the ground is showing signs of rot.
Consult a licensed contractor.


Figure 9-1


Figure 9-2

(Site continued)

Patios/Decks:                    Wood
                                 Condition: Repair or Replace

 

 

(Site continued)






(Site continued)

 Comment 10:
Bolts need to be added on porches and decks every 4 feet against the house.
Some areas have bolts. This is a safety issue. Consult a licensed contractor.


Figure 10-1


Figure 10-2

 Comment 11:
Evidence of minor settling on back porch/ balcony railing.


Figure 11-1

(Site continued)

 Comment 12:
Settling around the hot tub area. Consult a licensed contractor.



Figure 12-1

 Comment 13:
Evidence of minor settling at front porch left side. Consult a licensed contractor.



Figure 13-1



Figure 13-2

(Site continued)

 Comment 14:
Erosion taking place at back porch concrete piers. This has been caused by no gutter being installed. Consult a licensed contractor.


Figure 14-1


Figure 14-2

 Comment 15:
Extra support for the hot tub is possibly not sufficient and not installed properly. Consult a licensed contractor.


Figure 15-1

(Site continued)

 Comment 16:
All drain lines should extend well past foundation and piers to prevent erosion and moisture intrusion. Consult a licensed contractor.



Figure 16-1

# Exterior

The visible condition of exterior coverings, trim and entrances are inspected with respect to their effect on the condition of the building.

Exterior Covering:                    Lap Wood
                                       Condition: Repair or Replace

(Exterior continued)

 Comment 17:
Evidence of carpenter bee / woodpecker activity. Consult exterminator.


Figure 17-1


Figure 17-2

 Comment 18:
Siding needs to be cleaned, sealed with paint /stain and caulk. On a routine basis as needed. Consult a licensed contractor.


Figure 18-1

(Exterior continued)

 Comment 19:
Siding is in contact with the ground Consult a licensed contractor. Consult a licensed exterminator for termite inspection. Evidence of moisture intrusion and wood damage. Around chimney area.


Figure 19-1


Figure 19-2


Figure 19-3


Figure 19-4

(Exterior continued)

 Comment 20:
All holes and cracks / butt joints should be sealed to prevent moisture/pest intrusion into the structure. Consult a licensed contractor.



Figure 20-1

 Comment 21:
Siding on exterior chimney is damaged by moisture in multiple locations.



Figure 21-1



Figure 21-2

(Exterior continued)



Figure 21-3



Figure 21-4



Figure 21-5



Figure 21-6

(Exterior continued)

 Comment 22:
Evidence of carpenter bee / woodpecker activity. Consult exterminator.



Figure 22-1

Exterior Trim Material:          Wood
                                 Condition: Repair or Replace
Windows:                         Wood
                                 Condition: Marginal

 Comment 23:
Exposed Exterior window sills should be sloped to the exterior to prevent moisture intrusion. This is only on the fixed glass. Consult a licensed contractor.

(Exterior continued)



Figure 23-1



Figure 23-2

| | |
|---|---|
| Entry Doors: | Wood |
| | Condition: Satisfactory |
| Railings: | Wood |
| | Condition: Repair or Replace |

 **Comment 24:**
No railing on the top of the retaining walls. This is a safety hazard. Consult a licensed contractor. Any wall that is accessible and is over 30 inches tall.

(Exterior continued)


Figure 24-1


Figure 24-2

---

 Comment 25:
Exterior fireplace .


Figure 25-1


Figure 25-2

(Exterior continued)

---

 Comment 26:
Exterior fireplace has damaged panels and screen. Consult a licensed contractor.


Figure 26-1


Figure 26-2

---

 Comment 27:
Exterior pictures.


Figure 27-1


Figure 27-2

(Exterior continued)



Figure 27-3



Figure 27-4



Figure 27-5



Figure 27-6

(Exterior continued)



Figure 27-7



Figure 27-8



Figure 27-9



Figure 27-10

(Exterior continued)


Figure 27-11


Figure 27-12


Figure 27-13


Figure 27-14

(Exterior continued)



Figure 27-15



Figure 27-16



Figure 27-17



Figure 27-18

(Exterior continued)


Figure 27-19


Figure 27-20


Figure 27-21


Figure 27-22

(Exterior continued)



Figure 27-23



Figure 27-24



Figure 27-25

(Exterior continued)

 Comment 28:
Disconnected hot tub on basement level. Unknown reason. Consult spa company for further evaluation.



Figure 28-1



Figure 28-2

 Comment 29:
Damaged base of the basement level exterior fireplace. Consult a licensed contractor.



Figure 29-1

(Exterior continued)



Comment 30:

Main LP gas shut off is at the tank. Buried propane tank is at 65 percent. Consult homeowner/ gas provider for size and ownership information.



Figure 30-1



Figure 30-2



Figure 30-3



Figure 30-4

(Exterior continued)

 Comment 31:
Vent extraction right side not installed properly.



Figure 31-1

# Roofing

The visible condition of the roof covering, flashings, skylights, chimneys and roof penetrations are inspected. The purpose of the inspection is to determine general condition, NOT to determine life expectancy.

Inspection Method:          Walked Roof/Arms Length
Roof Design:                Gable
Roof Covering:            Metal
                           Condition: Marginal

(Roofing continued)

 Comment 32:
Roofing screws need to be replaced every 10 - 15years. Consult a licensed contractor. Rubber washer's break down over time possibly causing random leaks. Also they can back out with expansion and contraction.


Figure 32-1


Figure 32-2


Figure 32-3


Figure 32-4

(Roofing continued)


Figure 32-5


Figure 32-6

 Comment 33:
Toe board still on the roof beside the chimney.


Figure 33-1

Approximate Roof Age:                18 Yrs

(Roofing continued)

Ventilation Present:                           Ridge Vents
Condition: Satisfactory



Vent Stacks:                                 Plastic
Condition: Marginal

 Comment 34:
Plastic / rubber boots need replaced/ evaluation every 10-15years. Consult a licensed contractor.



Figure 34-1



Figure 34-2

(Roofing continued)

Chimney :                          Metal, Wood Frame
                                   Condition: Repair or Replace

 

 

(Roofing continued)



 Comment 35:
Rotten support post underneath the wood frame chimney. Consult a licensed contractor.



Figure 35-1



Figure 35-2

(Roofing continued)

 Comment 36:
Evidence of moisture intrusion and wood rot on the wood frame exterior chimney. Possibly from flashing or cap issues. Consult a licensed contractor.


Figure 36-1


Figure 36-2


Figure 36-3

Flashings:                          Metal, Tar/Caulk
                                    Condition: Marginal

(Roofing continued)

 Comment 37:
Weatherstripping is not installed between the flashing and roof / valley or the ridge cap and roof to prevent blowback. Consult a licensed contractor.


Figure 37-1


Figure 37-2

Soffit and Fascia:                     Wood
                                        Condition: Marginal

 Comment 38:
Evidence of carpenter bee / woodpecker activity. Consult exterminator/ contractor.

(Roofing continued)



Figure 38-1

 Comment 39:
Soffit and facia needs cleaned/sealed/ stained.



Figure 39-1

Gutters & Downspouts:                 Metal
                                      Condition: Marginal

(Roofing continued)

 Comment 40:
Gutters and screens need to be kept clean to drain properly and prevent moisture intrusion into roof structure and the house, and foundation.


Figure 40-1


Figure 40-2

 Comment 41:
Damaged downspout drain lines around the structure.


Figure 41-1


Figure 41-2

(Roofing continued)

 Comment 42:

All downspouts should be diverted with adapters and pipe away from the structure to prevent moisture intrusion into the structure or washing out post piers / foundation. Consult a licensed contractor.



Figure 42-1

(Roofing continued)

 Comment 43:
Roofing photos.


Figure 43-1


Figure 43-2


Figure 43-3


Figure 43-4

(Roofing continued)



Figure 43-5



Figure 43-6



Figure 43-7



Figure 43-8

(Roofing continued)





Figure 43-9

Figure 43-10




Figure 43-11

Figure 43-12

(Roofing continued)



Figure 43-13



Figure 43-14



Figure 43-15



Figure 43-16

(Roofing continued)



Figure 43-17



Figure 43-18



Figure 43-19



Figure 43-20

(Roofing continued)


Figure 43-21


Figure 43-22


Figure 43-23

# Structure

The visible condition of the structural components is inspected. The determination of adequacy of structural components is beyond the scope of a home inspection.

Foundation Types:                    Basement

Foundation Material:                 Poured Concrete

Condition: Further Evaluation Required



 Comment 44:

I could not inspect all of the foundation material because of the finishing.

(Structure continued)

 Comment 45:
Exposed footing. Backfill as needed to prevent erosion. Back left corner



Figure 45-1

| | |
|---|---|
| Signs of Water Penetration: | Not at the time of inspection , In basement<br>Condition: Satisfactory |
| Floor Structure: | Concrete Slab, Truss<br>Condition: Satisfactory |

 

(Structure continued)

Subflooring:                              Oriented Strand Board
                                          Condition: Satisfactory

Wall Structure:                           Full Masonry, Wood Frame
                                          Condition: Further Evaluation Required

 Comment 46:
Wet wood / mildew present in mechanical room. Consult a licensed contractor.



Figure 46-1

# Attic

Attic Entry:                              Not Present

 Comment 47:
Vaulted ceiling's.

Roof Framing Type:                        Joist and Rafters
                                          Condition: Satisfactory

Vent Risers:                              PVC
                                          Condition: Satisfactory

Insulation:                               Fiberglass Batts
                                          Condition: Further Evaluation Required

# Electrical

The inspector can not inspect hidden wiring or verify if the number of outlets is per the National Electric Code. A representative number of outlets, switches and fixtures are tested for operation.

Type of Service:                    Underground



Main Disconnect Location:           Meter Box



Service Panel Location:             Basement

(Electrical continued)

Service Panel Manufacturer:        Cutler hammer
                                   Condition: Satisfactory









(Electrical continued)









(Electrical continued)






(Electrical continued)

 Comment 48:
Extra space in panel for additional electrical service.


Figure 48-1


Figure 48-2

Service Line Material:                    Aluminum
                                          Condition: Satisfactory





Service Voltage:                          240 volts
Service Amperage:                         400

(Electrical continued)

Service Panel Ground:                    Ground Rod

   Comment 49:
Exposed ground wire. Next to meter base. Consult a licensed electrician.



Figure 49-1



Figure 49-2

Branch Circuit Wiring:            Non-Metallic Shielded Copper, Stranded Copper
                                  Condition: Satisfactory

Overcurrent Protection:           Breakers
                                  Condition: Satisfactory

GFCI/AFCI Breakers:               Yes
                                  Condition: Satisfactory

(Electrical continued)

Smoke Detectors:                              Lithium Battery Type, Hard Wired Interconnected
                                             Condition: Satisfactory



 Comment 50:
Interconnected system however the detectors have been replaced with lithium type not interconnected.

 Comment 51:
Carbon monoxide detectors need to be installed on every level because of fuel burning appliances/ fireplace.

(Electrical continued)

 Comment 52:
2 outlets right of the range not working. Consult a licensed electrician.



Figure 52-1

 Comment 53:
Missing cover and not gfci protected. Microwave outlet.



Figure 53-1

(Electrical continued)

---

 Comment 54:

Light out over main level bathtub. Also basement shower


Figure 54-1


Figure 54-2

---

 Comment 55:

Fan in the loft not working. Consult a licensed electrician


Figure 55-1

(Electrical continued)

---

 Comment 56:

Loft bedroom light not working. Couldn't locate a remote. Fan is working



Figure 56-1

---

 Comment 57:

Exterior lights out basement level porch .



Figure 57-1

(Electrical continued)

 Comment 58:
The picture of the meter contains the meter number that you will need to switch the power over in your name.



Figure 58-1

# HVAC

HVAC System Type:           Central Split System
Thermostat:                 Digital
                            Condition: Satisfactory



(HVAC continued)

Thermostat Location: Entrance



Comment 59:
The HVAC system is not a zoned system. This means that the temperature will change a few degrees on every level of the structure. Consult a licensed HVAC technician for further.



Comment 60:
HVAC pictures.



Figure 60-1



Figure 60-2

(HVAC continued)



Figure 60-3



Figure 60-4



Figure 60-5



Figure 60-6

(HVAC continued)



Figure 60-7

# Heating

The heating system is inspected visually and operated by normal controls to determine general condition NOT life expectancy. The capacity or adequacy of the heating system is beyond the scope of a home inspection. A licensed HVAC contractor should be consulted if in question.

Location:                              Basement
Type of Equipment:                     Geo thermal
                                       Condition: Further Evaluation Required
Manufacturer:                          Geo cool by intertek
Heating Fuel:                          Electric
                                       Condition: Satisfactory
Approximate Age:                       2 Yrs
Filter Type:                           Disposable
                                       Condition: Repair or Replace

(Heating continued)

 Comment 61:
20x25x1 inch filter needs replaced underneath the thermostat. Also a 14x14x1 inch filter in basement hallway this has been eliminated by the geocool system



Figure 61-1



Figure 61-2



Figure 61-3

Output Temperature:                    105

(Heating continued)

 Comment 62:



Figure 62-1

Type of Distribution:                Metal Ducting, Flexible Ducting
                                              Condition: Satisfactory

> Furnaces over 10 years old should be checked, cleaned and serviced yearly by a licensed contractor.

# Cooling

> The cooling system is inspected by operation of the equipment by normal controls to determine general condition NOT life expectancy. The capacity or adequacy of cooling system is beyond the scope of a home inspection. A licensed HVAC contractor should be consulted if in question.

Energy Source:                      Electric
Type of Equipment:               Geo thermal
                                              Condition: Further Evaluation Required

(Cooling continued)

 **Comment 63:**
Unable to test A/C fully because of leak in HVAC closet. Consult a licensed HVAC technician

Condenser Make:　　　　　　　　Unknown label blank

 **Comment 64:**
I don't believe that the condenser works with this type HVAC system. It's been cut loose in the  mechanical room. Consult a licensed HVAC technician for further.





Figure 64-2

Figure 64-1

(Cooling continued)



Figure 64-3

Expansion Coil Approximate Age:   2 Yrs
Condesate Drainage:                        Condensate Pump
                                                     Condition: Further Evaluation Required

 Comment 65:
Leak present at the time of inspection. Unknown source. Also unit constantly recirculating water even when unit is off. Consult a licensed HVAC technician.



Figure 65-1



Figure 65-2

(Cooling continued)

> Air conditioners over 10 years old and heat pumps over 5 years old should be checked, cleaned and serviced yearly by a licensed contractor.

# Plumbing

> The plumbing system is inspected visually and by operating a representative number of fixtures and drains. Private water and waste systems are beyond the scope of a home inspection.

Water Service:                     Well System

Supply Pipe Material:         PVC
Condition: Further Evaluation Required

Location of Main Water Shutoff:   Basement



Sewer System:                  Septic System

 Comment 66:
Contact Fannin County Health Department/ land development for septic permit and information regarding installation.

(Plumbing continued)

 Comment 67:
Septic location.



Figure 67-1

| | |
|---|---|
| Waste Pipe Material: | PVC |
| | Condition: Further Evaluation Required |
| Location of Fuel Shutoff: | Service panel |



(Plumbing continued)

 Comment 68:

Water pressure is satisfactory. Between 40-80 psi for residential use.



Figure 68-1

 Comment 69:

Plumbing pipes making noise in basement bathroom ceiling when sink is running. Consult a licensed plumber.

 Comment 70:

Filtration system installed. Filter needs replaced. Mechanical room.

## Water Heater

| | |
|---|---|
| Manufacturer: | Rheem |
| Fuel: | Electric |

(Water Heater continued)

 Comment 71:
Missing electrical connection at water heater. Consult a licensed electrician.



Figure 71-1

| | |
|---|---|
| Capacity: | 80 gal |
| Approximate Age: | 3 Yrs |
| Temp & Pressure Relief Valve: | Present With Blow Off Leg |
| | Condition: Satisfactory |



Fuel Disconnect:                Service panel

(Water Heater continued)

---

 Comment 72:
Water over 125 degrees could cause injury.



Figure 72-1



Figure 72-2

---

 Comment 73:
Water heater photos.



Figure 73-1



Figure 73-2

(Water Heater continued)



Figure 73-3



Figure 73-4

# Bathrooms

## Bathroom #1

Location:                          Main Level
Bath Tub:                          Free Standing
                                   Condition: Satisfactory

(Bathroom #1 continued)

Shower:                                    In Tub
                                           Condition: Satisfactory




Sink(s):                                   Double Vanity
                                           Condition: Satisfactory




Toilet:                                    Standard Tank
                                           Condition: Satisfactory

(Bathroom #1 continued)

Shower Walls:                     Curtain
                                  Condition: Satisfactory



Tub Surround:                     Metal
                                  Condition: Satisfactory



Floor:                            Tile
                                  Condition: Satisfactory
Ventilation Type:                 Ventilator
                                  Condition: Satisfactory

(Bathroom #1 continued)

GFCI Protection: Outlets
Condition: Satisfactory

 Comment 74:



Figure 74-1

# Bathroom #2

Location: Loft

(Bathroom #2 continued)

Bath Tub:                              Recirculating
                                       Condition: Marginal



⚠ Comment 75:
Tub mixing valve is leaking. Consult a licensed plumber. Loft  Faucet is loose could cause a leak. Consult a licensed plumber.



Figure 75-1



Figure 75-2

(Bathroom #2 continued)

 Comment 76:
Tub access. Door needs latch of some kind.



Figure 76-1



Figure 76-2



Figure 76-3

(Bathroom #2 continued)

Shower:                                    In Tub
                                           Condition: Satisfactory



Sink(s):                                   Double Vanity
                                           Condition: Satisfactory

    

Toilet:                                    Standard Tank
                                           Condition: Satisfactory

(Bathroom #2 continued)

Shower Walls:

Tile
Condition: Satisfactory

 

Tub Surround:

Fiberglass
Condition: Repair or Replace

(Bathroom #2 continued)

 Comment 77:
Tub is damaged in the bottom. Loft.



Figure 77-1

| | |
|---|---|
| Floor: | Wood |
| | Condition: Satisfactory |
| Ventilation Type: | Ventilator |
| | Condition: Satisfactory |



(Bathroom #2 continued)

GFCI Protection:                          Outlets
                                          Condition: Satisfactory

---

 Comment 78:



Figure 78-1



Figure 78-2

# Bathroom #3

Location:                                 Basement
Bath Tub:                                 Recessed
                                          Condition: Marginal

 Comment 79:
Drain stop doesn't operate properly/ missing . Consult a licensed plumber.
Basement

(Bathroom #3 continued)



Figure 79-1

Shower:                                    In Tub
                                          Condition: Satisfactory



(Bathroom #3 continued)

 Comment 80:
Shelving that is supported by the shower head can damage plumbing. Shower head loose within the wall. Consult a licensed plumber. Basement



Figure 80-1

Sink(s):                                    Double Vanity
                                           Condition: Satisfactory

            

(Bathroom #3 continued)

Toilet:                     Standard Tank
                            Condition: Satisfactory

Shower Walls:               Fiberglass
                            Condition: Satisfactory



Tub Surround:               Fiberglass
                            Condition: Satisfactory



Floor:                      Concrete
                            Condition: Satisfactory

(Bathroom #3 continued)

Ventilation Type:                          Ventilator
                                           Condition: Satisfactory

GFCI Protection:                           Outlets
                                           Condition: Satisfactory

---

 Comment 81:



Figure 81-1

# Kitchen

Cabinets:                                  Wood
                                           Condition: Satisfactory

(Kitchen continued)

 Comment 82:
Loose cabinet door. Kitchen



Figure 82-1



Figure 82-2

| | |
|---|---|
| Countertops: | Granite, Stone<br>Condition: Satisfactory |
| Sink: | Double<br>Condition: Satisfactory |





(Kitchen continued)

 Comment 83:
Kitchen.



Figure 83-1

# Appliances

This is a cursory check only of the specified appliances. The accuracy or operation of timers, temperature or power level controls is beyond the scope of this inspection.

Range:                                   Frigidaire
                                         Condition: Satisfactory

          

(Appliances continued)

Range Hood:                              Frigidaire
                                         Condition: Satisfactory



 Comment 84:
Filters and hood should be cleaned or replaced on the range hood.



Figure 84-1

(Appliances continued)

Refrigerator:

Frigidaire
Condition: Repair or Replace



⚠️ Comment 85:
Freezer door was stuck/ frozen shut. when I tried to open it. I was afraid to pull to hard I didn't want to cause any damage. Consult appliance technician



Figure 85-1

(Appliances continued)

Dishwasher:                              Bosch
                                        Condition: Marginal

 Comment 86:
No high loop installed in dishwasher drain line. Consult a licensed plumber.



Figure 86-1

Microwave:                              Frigidaire
                                        Condition: Satisfactory



Disposal:                               Not Present

# Laundry

Dryer Venting:          To Exterior
Condition: Marginal



⚠️ Comment 87:
Dryer extraction needs cleaned. Underneath front porch



Figure 87-1

GFCI Protection:          No
Condition: Repair or Replace

(Laundry continued)

 Comment 88:
Outlet for the washing machine isn't GFCI protected. Consult a licensed electrician.



Figure 88-1

Laundry Hook Ups:                    Yes
                                     Condition: Satisfactory

          

(Laundry continued)

 Comment 89:
Washing machine drain hose needs secured to the drain or supply line.



Figure 89-1

 Comment 90:
Laundry hookupsx3 .



Figure 90-1



Figure 90-2

(Laundry continued)

Washer:                          Whirlpool
                                 Condition: Satisfactory
Dryer:                           Whirlpool
                                 Condition: Satisfactory

---

 Comment 91:
Laundry.



Figure 91-1

# Interior

The interior inspection is limited to readily accessible areas that are not concealed by furnishings or stored items. A representative number of windows and doors.

Floors:                          Wood
                                 Condition: Marginal

(Interior continued)

 **Comment 92:**
Flooring issues at dining room table. Consult a licensed contractor.



Figure 92-1



Figure 92-2

Walls:                                Wood tongue and groove
                                      Condition: Satisfactory

 **Comment 93:**
Evidence of a past leak in the basement bathroom moisture meter doesn't indicate a current leak.

(Interior continued)



Figure 93-1

 Comment 94:
Staining on interior walls. It's important to keep exterior walls/ doors/ windows sealed on the exterior. Consult a licensed contractor.

 Comment 95:
Evidence of past pest intrusion loft hallway. Moisture meter doesn't indicate a current issue.

(Interior continued)



Figure 95-1

Window Types: Double Hung, Fixed
Condition: Satisfactory

 Comment 96:
Broken latch off window behind the living room tv.



Figure 96-1



Figure 96-2

Window Materials: Wood

(Interior continued)

Entry Door Types:                    Hinged
                                     Condition: Satisfactory

   Comment 97:
                       Missing strike plate. Front door



Figure 97-1

Entry Door Materials:            Wood
Interior Door Materials:         Wood

(Interior continued)

 Comment 98:
Interior door needs adjusted to operate / latch properly. Loft bedroom door.



Figure 98-1

 Comment 99:
Interior door needs adjusted to operate / latch properly. Loft bathroom door.



Figure 99-1

(Interior continued)

 Comment 100:
Interior door needs adjusted to operate / latch properly. Loft hallway closet



Figure 100-1

 Comment 101:
Missing door hardware basement right bedroom closet door.



Figure 101-1

(Interior continued)

 Comment 102:
Evidence of moisture intrusion and wood damage to basement bathroom door jam. Leak in mechanical room. Consult a licensed HVAC technician.



Figure 102-1



Figure 102-2



Figure 102-3

(Interior continued)

 Comment 103:
Interior door needs adjusted to operate / latch properly. Mechanical room



Figure 103-1

Fireplace:                                   Masonry, Wood Burning
Condition: Marginal





(Interior continued)







(Interior continued)

 Comment 104:
The fire brick panel in the rear and base of the fireplace has minor damage. Consult a licensed contractor.



Figure 104-1

 Comment 105:
Fireplace has a gas starter. Gas shut off on the hearth.



Figure 105-1



Figure 105-2

(Interior continued)

 Comment 106:
I cannot light pilot lights for liability purposes. Consult your gas provider for further evaluation. Shut off valve is behind / beside gas logs.


Figure 106-1


Figure 106-2

(Interior continued)

 Comment 107:
Interior photos.



Figure 107-1



Figure 107-2



Figure 107-3



Figure 107-4

(Interior continued)


Figure 107-5


Figure 107-6


Figure 107-7


Figure 107-8

(Interior continued)



Figure 107-9



Figure 107-10



Figure 107-11



Figure 107-12

(Interior continued)



Figure 107-13



Figure 107-14



Figure 107-15



Figure 107-16

(Interior continued)



Figure 107-17



Figure 107-18

---

 Comment 108:
Staining on loft bathroom wall underneath the fixed glass window. Moisture meter doesn't indicate a current leak.



Figure 108-1

(Interior continued)

 Comment 109:
Loft railing. Loft



Figure 109-1

# Report Summary

This summary page is not the entire report. The complete report may include additional information of interest or concern to you. It is strongly recommended that you promptly read the complete report. For information regarding the negotiability of any item in this report under the real estate purchase contract, contact your real estate agent or an attorney.

## Site Grading

1) The ground should slope away from the structure 6 inches in 10 feet at a minimum. Water running towards the foundation can cause moisture intrusion and settling issues at the foundation level.



Figure 5-1



Figure 5-2

(Report Summary continued)



Figure 5-3

## Vegetation

2) Trees / limbs that are directly over the structure or leaning towards the structure should be cut back to prevent build up of debris on the roof to prevent moisture intrusion into the structure. Consult a licensed contractor.



Figure 6-1



Figure 6-2

(Report Summary continued)



Figure 6-3

## Retaining Walls

3) Crack in retaining wall where it meets the structure. Moisture coming out of the crack. Possible Evidence of hydraulic pressure. Consult a licensed contractor / structural engineer for further evaluation.



Figure 7-1



Figure 7-2

(Report Summary continued)


Figure 7-3


Figure 7-4

4) Crack in retaining wall has been sealed. Slight bulge at this location.  No weep holes at the base to allow water to escape to prevent hydraulic pressure buildup. Consult a licensed contractor/ structural engineer for further.


Figure 8-1

(Report Summary continued)

## Steps/Stoops

5) The bottom of the front steps against the ground is showing signs of rot. Consult a licensed contractor.


Figure 9-1


Figure 9-2

## Patios/Decks

6) Bolts need to be added on porches and decks every 4 feet against the house. Some areas have bolts. This is a safety issue. Consult a licensed contractor.


Figure 10-1


Figure 10-2

(Report Summary continued)

7) Evidence of minor settling on back porch/ balcony railing.



Figure 11-1

8) Settling around the hot tub area. Consult a licensed contractor.



Figure 12-1

9) Evidence of minor settling at front porch left side. Consult a licensed contractor.

(Report Summary continued)



Figure 13-1



Figure 13-2

10) Erosion taking place at back porch concrete piers. This has been caused by no gutter being installed. Consult a licensed contractor.



Figure 14-1



Figure 14-2

11) Extra support for the hot tub is possibly not sufficient and not installed properly. Consult a licensed contractor.

(Report Summary continued)



<span style="color:red">Figure 15-1</span>

## Site

12) All drain lines should extend well past foundation and piers to prevent erosion and moisture intrusion. Consult a licensed contractor.



<span style="color:red">Figure 16-1</span>

(Report Summary continued)

<u>Exterior Covering</u>

13) Evidence of carpenter bee / woodpecker activity. Consult exterminator.


<span style="color:red">Figure 17-1</span>


<span style="color:red">Figure 17-2</span>

14) Siding needs to be cleaned, sealed with paint /stain and caulk. On a routine basis as needed. Consult a licensed contractor.


<span style="color:red">Figure 18-1</span>

(Report Summary continued)

15) Siding is in contact with the ground Consult a licensed contractor. Consult a licensed exterminator for termite inspection. Evidence of moisture intrusion and wood damage. Around chimney area.


Figure 19-1


Figure 19-2


Figure 19-3


Figure 19-4

16) All holes and cracks / butt joints should be sealed to prevent moisture/pest intrusion into the structure. Consult a licensed contractor.

(Report Summary continued)



Figure 20-1

17) Siding on exterior chimney is damaged by moisture in multiple locations.



Figure 21-1



Figure 21-2

(Report Summary continued)



Figure 21-3

Figure 21-4

Figure 21-5

Figure 21-6

18) Evidence of carpenter bee / woodpecker activity. Consult exterminator.

(Report Summary continued)



Figure 22-1

## Windows

19) Exposed Exterior window sills should be sloped to the exterior to prevent moisture intrusion. This is only on the fixed glass. Consult a licensed contractor.



Figure 23-1



Figure 23-2

(Report Summary continued)

Railings

20) No railing on the top of the retaining walls. This is a safety hazard. Consult a licensed contractor. Any wall that is accessible and is over 30 inches tall.


Figure 24-1


Figure 24-2

(Report Summary continued)

Exterior
21) Exterior fireplace has damaged panels and screen. Consult a licensed contractor.



<span style="color:red">Figure 26-1</span>



<span style="color:red">Figure 26-2</span>

22) Disconnected hot tub on basement level. Unknown reason. Consult spa company for further evaluation.



<span style="color:red">Figure 28-1</span>



<span style="color:red">Figure 28-2</span>

23) Damaged base of the basement level exterior fireplace. Consult a licensed contractor.

(Report Summary continued)



Figure 29-1

24) Vent extraction right side not installed properly.



Figure 31-1

(Report Summary continued)

## Roof Covering

25) Roofing screws need to be replaced every 10 - 15years. Consult a licensed contractor. Rubber washer's break down over time possibly causing random leaks. Also they can back out with expansion and contraction.


Figure 32-1


Figure 32-2


Figure 32-3


Figure 32-4

(Report Summary continued)


Figure 32-5


Figure 32-6

26) Toe board still on the roof beside the chimney.


Figure 33-1

(Report Summary continued)

## Vent Stacks

27) Plastic / rubber boots need replaced/ evaluation every 10-15years. Consult a licensed contractor.


Figure 34-1


Figure 34-2

## Chimney

28) Rotten support post underneath the wood frame chimney. Consult a licensed contractor.


Figure 35-1


Figure 35-2

(Report Summary continued)

29) Evidence of moisture intrusion and wood rot on the wood frame exterior chimney. Possibly from flashing or cap issues. Consult a licensed contractor.



Figure 36-1



Figure 36-2



Figure 36-3

(Report Summary continued)

## Flashings

30) Weatherstripping is not installed between the flashing and roof / valley or the ridge cap and roof to prevent blowback. Consult a licensed contractor.


Figure 37-1


Figure 37-2

(Report Summary continued)

## Soffit and Fascia

31) Evidence of carpenter bee / woodpecker activity. Consult exterminator/ contractor.



Figure 38-1

32) Soffit and facia needs cleaned/sealed/ stained.



Figure 39-1

(Report Summary continued)

## Gutters & Downspouts

33) Gutters and screens need to be kept clean to drain properly and prevent moisture intrusion into roof structure and the house, and foundation.


Figure 40-1


Figure 40-2

34) Damaged downspout drain lines around the structure.


Figure 41-1


Figure 41-2

(Report Summary continued)

35) All downspouts should be diverted with adapters and pipe away from the structure to prevent moisture intrusion into the structure or washing out post piers / foundation. Consult a licensed contractor.



Figure 42-1

(Report Summary continued)

## Foundation Material

36) Exposed footing. Backfill as needed to prevent erosion. Back left corner



Figure 45-1

## Wall Structure

37) Wet wood / mildew present in mechanical room. Consult a licensed contractor.



Figure 46-1

(Report Summary continued)

## Service Panel Ground

38) Exposed ground wire. Next to meter base. Consult a licensed electrician.


Figure 49-1


Figure 49-2

## Smoke Detectors

39) Carbon monoxide detectors need to be installed on every level because of fuel burning appliances/ fireplace.

(Report Summary continued)

Electrical

40) 2 outlets right of the range not working. Consult a licensed electrician.



Figure 52-1

41) Missing cover and not gfci protected. Microwave outlet.



Figure 53-1

42) Light out over main level bathtub. Also basement shower

(Report Summary continued)


Figure 54-1


Figure 54-2

43) Fan in the loft not working. Consult a licensed electrician


Figure 55-1

44) Loft bedroom light not working. Couldn't locate a remote. Fan is working

(Report Summary continued)



<span style="color:red">Figure 56-1</span>

## 45) Exterior lights out basement level porch .



<span style="color:red">Figure 57-1</span>

(Report Summary continued)

Filter Type
46) 20x25x1 inch filter needs replaced underneath the thermostat. Also a 14x14x1 inch filter in basement hallway this has been eliminated by the geocool system



Figure 61-1



Figure 61-2



Figure 61-3

(Report Summary continued)

Type of Equipment
47) Unable to test A/C fully because of leak in HVAC closet. Consult a licensed HVAC technician

Condesate Drainage
48) Leak present at the time of inspection. Unknown source. Also unit constantly recirculating water even when unit is off. Consult a licensed HVAC technician.

 

Figure 65-1                                   Figure 65-2

Plumbing
49) Filtration system installed. Filter needs replaced. Mechanical room.

(Report Summary continued)

## Fuel

50) Missing electrical connection at water heater. Consult a licensed electrician.



Figure 71-1

## Bath Tub

51) Tub mixing valve is leaking. Consult a licensed plumber. Loft  Faucet is loose could cause a leak. Consult a licensed plumber.



Figure 75-1



Figure 75-2

(Report Summary continued)

## Tub Surround

52) Tub is damaged in the bottom. Loft.



Figure 77-1

## Bath Tub

53) Drain stop doesn't operate properly/ missing . Consult a licensed plumber. Basement



Figure 79-1

(Report Summary continued)

## Shower

54) Shelving that is supported by the shower head can damage plumbing. Shower head loose within the wall. Consult a licensed plumber. Basement



Figure 80-1

(Report Summary continued)

## Cabinets

55) Loose cabinet door. Kitchen



Figure 82-1



Figure 82-2

## Range Hood

56) Filters and hood should be cleaned or replaced on the range hood.



Figure 84-1

(Report Summary continued)

## Refrigerator

57) Freezer door was stuck/ frozen shut. when I tried to open it. I was afraid to pull to hard I didn't want to cause any damage. Consult appliance technician



Figure 85-1

(Report Summary continued)

## Dishwasher

58) No high loop installed in dishwasher drain line. Consult a licensed plumber.



Figure 86-1

## Dryer Venting

59) Dryer extraction needs cleaned. Underneath front porch



Figure 87-1

(Report Summary continued)

## GFCI Protection

60) Outlet for the washing machine isn't GFCI protected. Consult a licensed electrician.



Figure 88-1

## Laundry Hook Ups

61) Washing machine drain hose needs secured to the drain or supply line.



Figure 89-1

(Report Summary continued)

## Floors

62) Flooring issues at dining room table. Consult a licensed contractor.


Figure 92-1


Figure 92-2

## Walls

63) Evidence of a past leak in the basement bathroom moisture meter doesn't indicate a current leak.


Figure 93-1

(Report Summary continued)

64) Evidence of past pest intrusion loft hallway. Moisture meter doesn't indicate a current issue.



Figure 95-1

## Window Types

65) Broken latch off window behind the living room tv.

 

Figure 96-1                    Figure 96-2

(Report Summary continued)

Entry Door Types
66) Missing strike plate. Front door



Figure 97-1

Interior Door Materials
67) Interior door needs adjusted to operate / latch properly. Loft bedroom door.



Figure 98-1

68) Interior door needs adjusted to operate / latch properly. Loft bathroom door.

(Report Summary continued)



Figure 99-1

69) Interior door needs adjusted to operate / latch properly. Loft hallway closet



Figure 100-1

70) Missing door hardware basement right bedroom closet door.

(Report Summary continued)



Figure 101-1

71) Evidence of moisture intrusion and wood damage to basement bathroom door jam. Leak in mechanical room. Consult a licensed HVAC technician.



Figure 102-1



Figure 102-2

(Report Summary continued)



Figure 102-3

72) Interior door needs adjusted to operate / latch properly. Mechanical room



Figure 103-1

(Report Summary continued)

## Fireplace

73) The fire brick panel in the rear and base of the fireplace has minor damage. Consult a licensed contractor.



Figure 104-1

## Interior

74) Staining on loft bathroom wall underneath the fixed glass window. Moisture meter doesn't indicate a current leak.



Figure 108-1

(Report Summary continued)

## 75) Loose railing. Loft



Figure 109-1