Type: WD
Kind: WARRANTY DEED
Recorded: 6/2/2025 11:02:00 AM
Fee Amt: $954.00  Page 1 of 2
Transfer Tax: $929.00
Fannin Co. Clerk of Superior Court
DANA CHASTAIN Clerk of Courts

**BK 1654  PG 230 - 231**

**Return recorded document to:**
Wilson Pruitt LLC
316 Summit Street
Blue Ridge, GA 30513
File No.: 25-0170

## LIMITED WARRANTY DEED

STATE OF GEORGIA
COUNTY OF FANNIN

THIS INDENTURE is made May 30, 2025, between **Gary Knight** ("Grantor"), and **7 IL Properties, LLC, a Colorado limited liability company** ("Grantee"), (the words "Grantor" and "Grantee" to include their respective heirs, successors, and assigns where the context requires or permits).

WITNESSETH THAT: Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, in hand paid at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant bargain, sell and convey unto Grantee, the following described property:

All that tract or parcel of land lying and being in the 8th District, 2nd Section, Land Lot 80, Fannin County, Georgia, being Lot 15 of Toccoa Heights Subdivision, Phase II, containing 1.31 acres, more or less, and 0.48 acre, more or less, for a total of 1.79 acres, more or less, as shown on a plat of survey by Joel Jordan, GRLS No. 2430, dated October 10, 2007 and recorded in Plat Book E79, Page 5, Fannin County Records, to which reference is hereby made for a more complete and accurate legal description.

For informational purposes only: Map Parcel No. 0050 91A 1JA

TOGETHER WITH right of ingress, egress and utility easement along existing roads to the subject property; AND SUBJECT TO all existing easements, restrictions, reservations and rights of way of record.

*Chain of Title*:  This being the same property as was conveyed to Grantor herein by Quitclaim Deed from Lizabeth Knight dated October 11, 2007 and recorded in Book 819, Page 26, Fannin County Records.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit, and behoof of Grantee forever in FEE SIMPLE.

AND GRANTOR will warrant and forever defend the right and title to the above described property unto Grantee against the claims of all persons claiming by, through or under Grantor, but against none other.

IN WITNESS WHEREOF, Grantor has signed and sealed this deed, the day and year above written.

Unofficial Witness

Gary Knight

Notary Public