AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| 7 IL Properties, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| | ) | |
| v. | ) | Civil Action No.  2:26-cv-00113-RWS |
| | ) | |
| Gary Knight, and<br>Thor James | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Thor James
203 RUNNING CREEK DR
WARNER ROBINS, GA 31088

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian S. Goldberg
Buchalter, LLP
3475 Piedmont Rd. NE, Suite 1100
Atlanta, GA 30305

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
_CLERK OF COURT_

Date:  4/16/2026

s/Shane Gazaway

_Signature of Clerk or Deputy Clerk_